| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)*  _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tiny Frog, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3685094** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**275 Cottle Lake Dr.**<br>**Coats, NC 27521**<br>Number, Street, City, State & ZIP Code<br><br>**Harnett**<br>County | **Mailing address, if different from principal place of business**<br><br>**Various Locations - see Exhibit p-1**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  **Tiny Frog, Inc.**                                                              Case number (*if known*)
        Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | _____ |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | | ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

Debtor **Tiny Frog, Inc.**  Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attached.**  Relationship

District  When  Case number, if known

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
     Contact name
     Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Tiny Frog, Inc.**                                                                    Case number (*if known*)
         Name

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Tiny Frog, Inc.**<br>Name | Case number (*if known*) _____ |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2025**
                      MM / DD / YYYY

X **/s/ Alexis Ramos**                                              **Alexis Ramos**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ David F. Mills**                                              Date **March 25, 2025**
Signature of attorney for debtor                                        MM / DD / YYYY

**David F. Mills 18326**
Printed name

**Narron Wenzel, P.A.**
Firm name

**P.O. Box 1567**
**102 S. Third St.**
**Smithfield, NC 27577**
Number, Street, City, State & ZIP Code

Contact phone  **919-934-0049**        Email address  **dmills@narronwenzel.com**

**18326 NC**
Bar number and State

Exhibit to Voluntary Petition of Tiny Frog, Inc.
(Petition Line 10)

      Debtor has a contractual relationship under seven (7) franchise agreements with The Little Mint, Inc., a debtor in a case currently pending before the U.S. Bankruptcy Court for the EDNC, case number 24-04510-5-JNC.

      While The Little Mint, Inc., is not an "affiliate" of the Debtor as that term is defined by the Bankruptcy Code, notice is given here for full disclosure and assistance to the Court.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tiny Frog, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express ATTN: Officer/Managing Agent P.O. Box 7863 Fort Lauderdale, FL 33329-7863** | | | | | | $16,934.73 |
| **Business Expansion Funding Corporation ATTN: Officer/Managing Agent 5970 Fairview Rd. Ste 218 Charlotte, NC 28210** | | See attached Exhibit A | Unliquidated Disputed | $165,871.24 | $0.00 | $165,871.24 |
| **First Citizens Bank ATTN: Default Litigation Manager P. O. Box 25187 Raleigh, NC 27611-5187** | | | | | | $20,000.00 |
| **First Federal Bank Attn: Managing Agent P.O. Box 1049 Dunn, NC 28335** | | See attached Exhibit A | | $62,121.63 | $0.00 | $62,121.63 |
| **First Federal Bank Attn: Managing Agent P.O. Box 1049 Dunn, NC 28335** | | See attached Exhibit A | | $25,293.65 | $0.00 | $25,293.65 |
| **First Federal Bank Attn: Managing Agent P.O. Box 1049 Dunn, NC 28335** | | See attached Exhibit A | | $166,207.82 | $0.00 | $166,207.82 |

Debtor **Tiny Frog, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Federal Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 1049**<br>**Dunn, NC 28335** | | **See attached Exhibit A** | | **$250,046.88** | **$0.00** | **$250,046.88** |
| **First Federal Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 1049**<br>**Dunn, NC 28335** | | | | **$215,617.92** | **$0.00** | **$215,617.92** |
| **First Federal Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 1049**<br>**Dunn, NC 28335** | | **See attached Exhibit A** | | **$184,995.46** | **$0.00** | **$184,995.46** |
| **Harnett County Tax Department**<br>**ATTN: Officer/Managing Agent**<br>**305 W. Cornelius Harnett Blvd., Ste. 101**<br>**Lillington, NC 27546** | | **Property Taxes for Dunn and Lillington franchises** | | | | **$19,303.90** |
| **Headway Capital**<br>**ATTN: Officer/Managing Agent**<br>**470 W. Daybreak Pkwy Ste 200**<br>**South Jorden, UT 84009** | | | **Contingent Unliquidated Disputed** | **$95,732.92** | **$0.00** | **$95,732.92** |
| **IDEA Financial**<br>**c/o Justin Leto**<br>**800 NW 62nd Ave. Ste 750**<br>**Miami, FL 33126** | | **See attached Exhibit A** | **Contingent Unliquidated Disputed** | **$206,667.93** | **$0.00** | **$206,667.93** |
| **Internal Revenue Service**<br>**Attn: Managing Agent/Officer/Bankruptcy**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Federal Tax Lien** | | | | **$153,165.14** |
| **Internal Revenue Service**<br>**Attn: Managing Agent/Officer/Bankruptcy**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Federal Tax Lien on taxes owed from Lillington franchise** | | | | **$85,525.13** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **Tiny Frog, Inc.**                                           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service** **Attn: Managing Agent/Officer/Bankruptcy** **P. O. Box 7346** **Philadelphia, PA 19101-7346** | | **Federal Tax Lien** | | | | $85,519.13 |
| **Johnston County Tax Collector** **Attn: Managing Agent** **P.O. Box 451** **Smithfield, NC 27577** | | **Property Taxes** | | | | $12,373.80 |
| **Lee County Tax Collector** **ATTN: Officer/Managing Agent** **106 Hillcrest Drive** **Sanford, NC 27330** | | **Property Taxes** | | | | $2,427.84 |
| **NC Department of Revenue** **Office Services Division Bankruptcy Unit** **P.O. Box 1168** **Raleigh, NC 27602-1168** | | **3rd and 4th Quarter 2024 Sales Tax** | | | | $400,000.00 |
| **The Bankcorp Bank** **ATTN: Officer/Managing Agent** **409 Silverside Rd.Ste 105** **Wilmington, DE 19809** | | **See attached Exhibit A** | | $61,011.22 | $0.00 | $61,011.22 |
| **Wake County Revenue Dept.** **Attn: Bankruptcy Notices** **P.O. Box 2331** **Raleigh, NC 27602-2331** | | **Property Taxes for Knightdale franchise** | | | | $552.00 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Tiny Frog, Inc.**                                        Case No.
                              Debtor(s)                           Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 25, 2025**           **/s/ Alexis Ramos**
                                    **Alexis Ramos**/**President**
                                    Signer/Title

Alexis A. Ramos
275 Cottle Lake Dr.
Coats, NC 27521

Alliance Funding Group, ISAOA
ATTN: Officer/Managing Agent
1854 17th Street Ste. 200
Tustin, CA 92780

American Commerce Bank
ATTN: Officer/Managing Agent
400 US Highway 27 Bypass
Bremen, GA 30110

American Express
ATTN: Officer/Managing Agent
P.O. Box 7863
Fort Lauderdale, FL 33329-7863

Business Expansion Funding Corporation
ATTN: Officer/Managing Agent
5970 Fairview Rd. Ste 218
Charlotte, NC 28210

Daryl J. Gerber
511 Red Haven Rd.
Palmyra, PA 17078-8328

Ed Swope
3986 Linville Edom Rd.
Linville, VA 22834

Egypt Crossing, LLC
ATTN: Officer/Managing Agent
700 Exposition Place Ste 131
Raleigh, NC 27615

First Citizens Bank
ATTN: Default Litigation Manager
P. O. Box 25187
Raleigh, NC 27611-5187

First Federal Bank
Attn: Managing Agent
P.O. Box 1049
Dunn, NC 28335

Harnett County Tax Department
ATTN: Officer/Managing Agent
305 W. Cornelius Harnett Blvd., Ste. 101
Lillington, NC 27546

Headway Capital
ATTN: Officer/Managing Agent
470 W. Daybreak Pkwy Ste 200
South Jorden, UT 84009

IDEA Financial
c/o Justin Leto
800 NW 62nd Ave. Ste 750
Miami, FL 33126

Internal Revenue Service
Attn: Managing Agent/Officer/Bankruptcy
P. O. Box 7346
Philadelphia, PA 19101-7346

Johnston County Tax Collector
Attn: Managing Agent
P.O. Box 451
Smithfield, NC 27577

Knightdale Crossing, LLC
ATTN: Officer/Managing Agent
P. O. Box 40633
Raleigh, NC 27629

Lee County Tax Collector
ATTN: Officer/Managing Agent
106 Hillcrest Drive
Sanford, NC 27330

Lexi Gray Property Management
ATTN: Officer/Managing Agent
2719 Graves Dr. Bldg 21
Goldsboro, NC 27534

Mitsubishi HC Capital America, Inc.
ATTN: Officer/Managing Agent
7808 Creekridge Circle Ste 250
Edina, MN 55439

NC Department of Commerce
Division of Employment Security
PO Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
Office Services Division BankruptcyU
P.O. Box 1168
Raleigh, NC 27602-1168

Retail Data Systems of Hospitality
ATTN: Officer/Managing Agent
4616 S. Main St.
Acworth, GA 30101

Small Business Administration
South Carolina District Office
1835 Assembly St. Ste 1425
Columbia, SC 29201

Sysco Raleigh, LLC
ATTN: Officer/Managing Agent
1032 Baugh Road
Selma, NC 27576

TCP Leasing, Inc.
ATTN: Officer/Managing Agent
8364 Six Forks Rd. Ste 102
Raleigh, NC 27615-5085

The Bankcorp Bank
ATTN: Officer/Managing Agent
409 Silverside Rd.Ste 105
Wilmington, DE 19809

Time Payment Corporation
ATTN: Officer/Managing Agent
200 Summit Dr. Ste 100
Burlington, MA 01803

| | | |
|---|---|---|
| U. S. Small Business Administration<br>North Carolina District Office<br>6302 Fairview Rd. Ste 300<br>Charlotte, NC 28210 | U.S. Attorney<br>Attn: Civil Process Clerk<br>310 New Bern Ave., Ste. 800<br>Raleigh, NC 27601-1441 | U.S. Attorney General<br>Attn: Managing Agent<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 |
| Wake County Revenue Dept.<br>Attn: Bankruptcy Notices<br>P.O. Box 2331<br>Raleigh, NC 27602-2331 | Wertz Real Estate<br>c/o Chinyeh Hostler<br>1101 1st St. Suite 206<br>Coronado, CA 92118 | |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Tiny Frog, Inc.**                                                                                           Case No.

Debtor(s)                                                                                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tiny Frog, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2025**                                                    **/s/ David F. Mills**

Date                                                                              **David F. Mills 18326**

Signature of Attorney or Litigant

Counsel for   **Tiny Frog, Inc.**

**Narron Wenzel, P.A.**

**P.O. Box 1567**
**102 S. Third St.**
**Smithfield, NC 27577**
**919-934-0049 Fax:919-938-1058**
**dmills@narronwenzel.com**