**EXHIBIT A**

| Income | # Tiny Frog, Inc. Total | # Sanford | # Spout Springs | # Dunn | # Knightdale | # Lillington | # McGee's | # Clayton |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Net Sales | 859,408.77 | 124,517.00 | 87,935.14 | 134,145.76 | 67,939.98 | 140,574.76 | 148,305.45 | 155,990.68 |
| Total Income | 859,408.77 | 124,517.00 | 87,935.14 | 134,145.76 | 67,939.98 | 140,574.76 | 148,305.45 | 155,990.68 |
| Cost Of Goods Sold | | | | | | | | |
| Sysco | | | | | | | | |
| Food/Paper/Pepsi Bread (Sysco) | 283,604.89 | 41,090.61 | 29,018.60 | 44,268.10 | 22,420.19 | 46,389.67 | 48,940.80 | 51,476.92 |
| Total Cost of Goods Sold | 283,604.89 | 41,090.61 | 29,018.60 | 44,268.10 | 22,420.19 | 46,389.67 | 48,940.80 | 51,476.92 |
| Gross Profit | 575,803.88 | 83,426.39 | 58,916.54 | 89,877.66 | 45,519.79 | 94,185.09 | 99,364.65 | 104,513.76 |
| Expenses | | | | | | | | |
| Salaries and Wages | | | | | | | | |
| Administrative Salaries | 10,000.00 | | | | | | | |
| Salaries Managers | 37,749.98 | 5,000.00 | 5,250.00 | 5,000.00 | 6,249.99 | 5,000.00 | 5,000.00 | 6,249.99 |
| Salaries Hourly Employees | 150,831.33 | 18,638.91 | 14,975.08 | 25,853.52 | 10,293.51 | 22,332.19 | 29,110.25 | 29,627.87 |
| Management Bonuses | 6,750.00 | 0.00 | 1,000.00 | 1,350.00 | 0.00 | 1,400.00 | 1,500.00 | 1,500.00 |
| Total Salaries & Wages | 205,331.31 | 23,638.91 | 21,225.08 | 32,203.52 | 16,543.50 | 28,732.19 | 35,610.25 | 37,377.86 |
| Payroll Taxes | 20,574.20 | 2,368.62 | 2,126.75 | 3,226.79 | 1,657.66 | 2,878.97 | 3,568.15 | 3,745.26 |
| Advertising | 1,000.00 | 142.85 | 142.85 | 142.85 | 142.85 | 142.85 | 142.85 | 142.85 |
| Bank Fees | 642.95 | 91.85 | 91.85 | 91.85 | 91.85 | 91.85 | 91.85 | 91.85 |
| Phone/ Internet | 839.92 | 164.97 | 129.98 | 84.98 | 200.05 | 84.98 | 89.98 | 84.98 |
| Landscaping | 3,000.00 | 600.00 | 0.00 | 600.00 | 0.00 | 600.00 | 600.00 | 600.00 |
| Fees | | | | | | | | |
| DoorDash Fees 30% of DD | 32,227.83 | 4,669.39 | 3,297.57 | 5,030.47 | 2,547.75 | 5,271.55 | 5,561.45 | 5,849.65 |
| Credit Card Fees | 10,713.68 | 1,456.85 | 1,266.27 | 1,569.51 | 794.90 | 1,644.72 | 1,735.17 | 2,246.27 |
| Toast POS Fees | 1,050.00 | 896.00 | 325.55 | 976.00 | 187.00 | 591.00 | 1,001.00 | 886.00 |
| Insurance | | | | | | | | |
| General Liability | 3,226.00 | 460.85 | 460.85 | 460.85 | 460.85 | 460.85 | 460.85 | 460.85 |
| Worker's Compensation | 1,474.58 | 210.65 | 210.65 | 210.65 | 210.65 | 210.65 | 210.65 | 210.65 |
| Management Benefit Insurance | 4,000.00 | | | | | | | |
| Total Insurance Expense | 8,700.58 | | | | | | | |
| Janitorial Expense | 1,925.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 |
| Linen Expense | 1,822.62 | 423.64 | 159.18 | 200.94 | 117.36 | 309.80 | 280.50 | 331.20 |
| Music Expense | 294.00 | 42.00 | 42.00 | 42.00 | 42.00 | 42.00 | 42.00 | 42.00 |
| Office | | | | | | | | |
| Office Supplies | 1,999.97 | 285.71 | 285.71 | 285.71 | 285.71 | 285.71 | 285.71 | 285.71 |
| Office Rent | 450.00 | | | | | | | |
| Over/ Under Expense | 400.00 | 57.14 | 57.14 | 57.14 | 57.14 | 57.14 | 57.14 | 57.14 |
| Professional Fees | | | | | | | | |
| Bookeeping Expense | 5,384.96 | 769.28 | 769.28 | 769.28 | 769.28 | 769.28 | 769.28 | 769.28 |
| Payroll Expense | 2,085.83 | 325.00 | 325.00 | 325.00 | 325.00 | 325.00 | 325.00 | 325.00 |
| Rent Expense | 78,515.13 | 13,208.33 | 4,750.00 | 14,208.33 | 5,503.27 | 13,470.20 | 13,666.67 | 13,708.33 |
| Repairs and Maintenance | | | | | | | | |
| Auto Allowance | 3,083.34 | | | | | | | |
| Gas Allowance | 500.00 | | | | | | | |
| Travel | 100.00 | | | | | | | |
| Charitable Contributions | 800.00 | | | | | | | |
| Repairs General/ Equipment | 2,000.00 | 285.71 | 285.71 | 285.71 | 285.71 | 285.71 | 285.71 | 285.71 |
| Repairs and Maintenance FSI | 2,050.44 | 325.28 | 172.00 | 325.28 | 233.11 | 349.36 | 315.55 | 329.86 |
| Royalty Fees | **68,752.70** | 9,961.36 | 7,034.81 | 10,731.66 | 5,435.20 | 11,245.98 | 11,864.44 | 12,479.25 |
| Alarm expense | 609.29 | 94.14 | 61.09 | 94.14 | 77.50 | 94.14 | 94.14 | 94.14 |
| Property Taxes Lease Item | 1,575.66 | 1,008.52 | 0.00 | 1,649.81 | 0.00 | 2,150.02 | 1,031.15 | 780.10 |
| Property Taxes | 1,575.66 | 101.62 | 7.83 | 184.97 | 46.00 | 126.23 | 77.86 | 1,031.15 |
| Utilities | 21,287.96 | 3,249.61 | 2,860.10 | 3,269.95 | 2,733.75 | 3,473.63 | 3,009.25 | 2,691.67 |
| Uniform Expense | 1,050.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Waste/Trash | 3,374.58 | 549.41 | 577.45 | 605.10 | 0.00 | 445.11 | 676.67 | 520.84 |
| Total Expenses | 492,418.19 | 65,812.69 | 47,089.70 | 78,057.48 | 39,173.08 | 74,563.92 | 82,278.27 | 85,852.60 |
| Net Operation Income | 83,385.69 | 17,613.70 | 11,826.85 | 11,820.17 | 6,346.70 | 19,621.16 | 17,086.38 | 18,661.15 |