**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TINY FROG, INC., | ) | **CASE NO. 25-01081-5-JNC** |
| | ) | **CHAPTER 11** |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF SPECIAL APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

     Please take notice that the undersigned counsel hereby enters a special appearance on behalf of First Federal Bank and, pursuant to 11 U.S.C. §342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), and 9010, requests that her name be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case of any proceeding herein be given to and served upon the undersigned counsel at the address set forth below.  Please take further notice that the submission of this Notice and Request constitutes only a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including without limitation the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which First Federal Bank reserves without prejudice.

     Dated: March 27, 2025.

                        KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

                        By: s/*Pamela P. Keenan*
                        Pamela P. Keenan
                        NC State Bar No. 20328
                        Attorneys for First Federal Bank
                        PO Box 19766
                        Raleigh, NC  27619-9766
                        Telephone: (919) 848-0420
                        Facsimile: (919) 848-8755
                        Email: pkeenan@kirschlaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this day, she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Tiny Frog, Inc.
275 Cottle Lake Drive
Coats, NC 27521

David F. Mills
Narron Wenzel, P.A.
PO Box 1567
Smithfield, NC 27577

This 27th day of March, 2025.

                                                s/ *Shannon Duron*
                                                Shannon Duron
                                                Legal Assistant