**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

In re:

| | |
|---|---|
| **TINY FROG, INC.,** | **CASE NO: 25-01081-5-JNC** |
| | **CHAPTER 11** |
| **DEBTOR** | |

## CERTIFICATE OF SERVICE

    I, David F. Mills, Attorney at Law, P.O. Box 1567, Smithfield, North Carolina 27577, certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the 4th day of April, 2025, I served a copy of **Amended Order Setting Expedited Hearing** on the following:

**VIA CM/ECF**
Brian Behr                              All parties registered to receive notices via CM/ECF
*Bankruptcy Administrator*

**VIA FIRST CLASS MAIL**
All parties on the attached mailing matrix.

    I certify under penalty of perjury that the foregoing is true and correct.

    This the 4th day of April, 2025.

                                            **NARRON WENZEL, P.A.**

                                            By: */s/ David F. Mills*
                                                  David F. Mills
                                                  State Bar No. 18326

                                                  P.O. Box 1567
                                                  102 S. Third Street
                                                  Smithfield, NC 27577
                                                  Tele:  (919) 934-0049
                                                  Fax:  (919) 938-1058
                                                  dmills@narronwenzel.com

```
Label Matrix for local noticing              Tiny Frog, Inc.
0417-5                                       275 Cottle Lake Dr.
Case 25-01081-5-JNC                          Coats, NC 27521-8769
Eastern District of North Carolina
Raleigh
Tue Mar 25 17:37:22 EDT 2025

Alexis A. Ramos                              Alliance Funding Group, ISAOA               American Commerce Bank
275 Cottle Lake Dr.                          ATTN: Officer/Managing Agent                ATTN: Officer/Managing Agent
Coats, NC 27521-8769                         1854 17th Street Ste. 200                   400 US Highway 27 Bypass
                                             Tustin, CA 92780                            Bremen, GA 30110-1973


American Express                             Business Expansion Funding Corporation      Daryl J. Gerber
ATTN: Officer/Managing Agent                 ATTN: Officer/Managing Agent                511 Red Haven Rd.
P.O. Box 7863                                5970 Fairview Rd. Ste 218                   Palmyra, PA 17078-8628
Fort Lauderdale, FL 33329-7863               Charlotte, NC 28210-3124


Ed Swope                                     Egypt Crossing, LLC                         FIRST CITIZENS BANK TRUST COMPANY
3986 Linville Edom Rd.                       ATTN: Officer/Managing Agent                P O BOX 25187
Linville, VA 22834-2344                      700 Exposition Place Ste 131                RALEIGH NC 27611-5187
                                             Raleigh, NC 27615-1561


First Federal Bank                           Harnett County Tax Department               Headway Capital
Attn: Managing Agent                         ATTN:  Officer/Managing Agent               ATTN: Officer/Managing Agent
P.O. Box 1049                                305 W. Cornelius Harnett Blvd., Ste. 101    470 W. Daybreak Pkwy Ste 200
Dunn, NC 28335-1049                          Lillington, NC 27546-6195                   South Jorden, UT 84009


IDEA 247 INC D B A IDEA FINANCIAL 800        Internal Revenue Service                    Johnston County Tax Collector
NW 62 AVENUE                                 Attn: Managing Agent/Officer/Bankruptcy     Attn: Managing Agent
SUITE 750                                    P. O. Box 7346                              P.O. Box 451
MIAMI FL 33126-5055                          Philadelphia, PA 19101-7346                 Smithfield, NC 27577-0451


Knightdale Crossing, LLC                     Lee County Tax Collector                    Lexi Gray Property Management
ATTN: Officer/Managing Agent                 ATTN: Officer/Managing Agent                ATTN: Officer/Managing Agent
P. O. Box 40633                              106 Hillcrest Drive                         2719 Graves Dr. Bldg 21
Raleigh, NC 27629-0633                       Sanford, NC 27330-4021                      Goldsboro, NC 27534-4550


Mitsubishi HC Capital America, Inc.          NC Department of Commerce                   NC Department of Revenue
ATTN: Officer/Managing Agent                 Division of Employment Security             Office Services Division Bankruptcy Unit
P. O. Box 1880                               PO Box 26504                                P.O. Box 1168
Minneapolis, MN 555480-1880                  Raleigh, NC 27611-6504                      Raleigh, NC 27602-1168


Retail Data Systems of Hospitality           Small Business Administration               Sysco Raleigh, LLC
ATTN: Officer/Managing Agent                 South Carolina District Office              ATTN: Officer/Managing Agent
4616 S. Main St.                             1835 Assembly St. Ste 1425                  1032 Baugh Road
Acworth, GA 30101-5462                       Columbia, SC 29201-2453                     Selma, NC 27576-9105


TCP Leasing, Inc.                            The Bankcorp Bank                           Time Payment Corporation
ATTN: Officer/Managing Agent                 ATTN: Officer/Managing Agent                ATTN: Officer/Managing Agent
8364 Six Forks Rd. Ste 102                   409 Silverside Rd.Ste 105                   200 Summit Dr. Ste 100
Raleigh, NC 27615-5085                       Wilmington, DE 19809-1771                   Burlington, MA 01803-5274
```

```
U. S. Small Business Administration      U.S. Attorney                          U.S. Attorney General
North Carolina District Office           Attn: Civil Process Clerk              Attn: Managing Agent
6302 Fairview Rd. Ste 300                310 New Bern Ave., Ste. 800            950 Pennsylvania Ave. NW
Charlotte, NC 28210-2234                 Raleigh, NC 27601-1441                 Washington, DC 20530-0001


Wake County Revenue Dept.                Wertz Real Estate
Attn: Bankruptcy Notices                 c/o Chinyeh Hostler
P.O. Box 2331                            1101 1st St. Suite 206
Raleigh, NC 27602-2331                   Coronado, CA 92118-1473
```