**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

TINY FROG, INC.,                          CASE NO: 25-01081-5-JNC
                                          CHAPTER 11
    DEBTOR

## CERTIFICATE OF SERVICE

I, David F. Mills, Attorney at Law, P.O. Box 1567, Smithfield, North Carolina 27577, certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the 11th day of December, 2025, I served a copy of the Order Allowing Third Application for Compensation of Professional on the following:

**VIA CM/ECF**
Brian Behr
Bankruptcy Administrator

All parties registered to receive service in this case via CM/ECF.

**VIA FIRST CLASS U.S. MAIL**
All other parties as shown on the attached mailing matrix by first class mail.

Dale Harris, CPA
PO Box 1404
Dunn, NC 28335

I certify under penalty of perjury that the foregoing is true and correct.

This the 11th day of December, 2025.

NARRON WENZEL, P.A.

By: /s/ David F. Mills
    David F. Mills
    State Bar No. 18326

    P.O. Box 1567
    102 S. Third Street
    Smithfield, NC 27577
    Tele: (919) 934-0049
    Fax: (919) 938-1058
    dmills@narronwenzel.com

**SO ORDERED.**

**SIGNED this 10 day of December, 2025.**

Joseph N. Callaway
United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:

TINY FROG, INC.,                    CASE NO: 25-01081-5-JNC
                                    CHAPTER 11
DEBTOR

## ORDER ALLOWING THIRD INTERIM APPLICATION FOR COMPENSATION OF DALE HARRIS, CPA

Upon application for approval of fees and expenses of Dale Harris, CPA ("Harris"), and it appearing to the Court that the Application should be allowed as follows:

1. Harris is the certified public accountant employed as a professional by the Debtor with approval of this Court.

2. Harris has performed necessary valuable accounting, tax, and bookkeeping services for the Debtor, which have been beneficial and valuable to the estate.

3. The Application is fair and reasonable.

4. Harris has incurred reasonable interim fees in the amount of $5,942.04.

THEREFORE, it is ORDERED that Harris is ALLOWED reasonable interim compensation in the amount of $5,942.04 as part of the cost and expense of administration pursuant to Section 503.

**End of Document**

~~Label Matrix for local noticing~~
~~0417-5~~
~~Case 25-01081-5-JNC~~
~~Eastern District of North Carolina~~
~~Raleigh~~
~~Mon Aug 11 09:33:28 EDT 2025~~

~~(p)BANKRUPTCY ADMINISTRATOR EDNC~~
~~434 FAYETTEVILLE STREET~~
~~SUITE 640~~
~~RALEIGH NC 27601-1988~~

~~The Little Mint, Inc.~~
~~102 Commercial Avenue~~
~~Mount Olive, NC 28365-8695~~

~~U. S. Bankruptcy Court~~
~~300 Fayetteville Street, 4th Floor~~
~~P.O. Box 791~~
~~Raleigh, NC 27602-0791~~

American Commerce Bank
ATTN: Officer/Managing Agent
400 US Highway 27 Bypass
Bremen, GA 30110-1973

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Business Expansion Funding Corporation
ATTN: Officer/Managing Agent
5970 Fairview Rd. Ste 218
Charlotte, NC 28210-3124

Egypt Crossing, LLC
ATTN: Officer/Managing Agent
700 Exposition Place Ste 131
Raleigh, NC 27615-1561

First Federal Bank
Attn: Managing Agent
P.O. Box 1049
Dunn, NC 28335-1049

Headway Capital
ATTN: Officer/Managing Agent
70 W. Daybreak Pkwy Ste 200
South Jorden, UT 84009

A-Bridge, LLC
Attn: Lexi Gray Property Mgmt
2719 Graves Drive
Building 21
Goldsboro, NC 27534-4550

~~Egypt Crossing, LLC~~
~~700 Exposition Place~~
~~Suite 131~~
~~Raleigh, NC 27615-1561~~

Tiny Frog, Inc.
275 Cottle Lake Dr.
Coats, NC 27521-8769

Alexis A. Ramos
275 Cottle Lake Dr.
Coats, NC 27521-8769

American Commerce Bank, N.A.
c/o Graham H. Stieglitz, Esq.
Burr & Forman LLP
1075 Peachtree Street, NE, Suite 3000
Atlanta, GA 30309-3912

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Daryl J. Gerber
511 Red Haven Rd.
Palmyra, PA 17078-8628

~~Eudora F. S. Arthur~~
~~555 Fayetteville Street~~
~~Suite 710~~
~~Raleigh, NC 27601-3034~~

First Federal Bank
PO Box 1049
Dunn, NC 28335-1049

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

~~(p)ALLIANCE FUNDING GROUP~~
~~ATTN BRIAN KNOX~~
~~18231 IRVINE BOULEVARD~~
~~TUSTIN CA 92780-3432~~

Hwy 42 Properties, LLC
2719 Graves Drive
Building 21
Goldsboro, NC 27534-4550

Tri-Plaza, LLC
PO Box 40633
Raleigh, NC 27629-0633

~~Alliance Funding Group, FKA~~
~~ATTN: Officer/Managing Agent~~
~~1854 17th Street Ste 200~~
~~Tustin, CA 92780~~

American Express
ATTN: Officer/Managing Agent
P.O. Box 7863
Fort Lauderdale, FL 33329-7863

Bear Robotics, Inc.
ATTN: Officer/Managing Agent
16650 Westgrove Dr. Ste. 175
Addison, TX 75001-5669

~~Ed Swope~~
~~3988 Brownsville Edom Rd.~~
~~Lynnville, VA 22034-2344~~

(p)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

Harnett County Tax Department
ATTN:  Officer/Managing Agent
305 W. Cornelius Harnett Blvd., Ste. 101
Lillington, NC 27546-6195

(p)IDEA 247 INC D B A IDEA FINANCIAL
800 NW 62 AVENUE
SUITE 750
MIAMI FL 33126-5055

~~Idea 247, Inc.~~
~~c/o Weltman, Weinberg & Reis Co., LPA~~
~~5990 West Creek Road, Suite 200~~
~~Independence, OH 44131-2191~~

Internal Revenue Service
Attn: Managing Agent/Officer/Bankruptcy
P. O. Box 7346
Philadelphia, PA 19101-7346

Johnston County Tax Collector
Attn: Managing Agent
P.O. Box 451
Smithfield, NC 27577-0451

Knightdale Crossing, LLC
ATTN: Officer/Managing Agent
P. O. Box 40633
Raleigh, NC 27629-0633

Lee County Tax Collector
ATTN: Officer/Managing Agent
106 Hillcrest Drive
Sanford, NC 27330-4021

Lexi Gray Property Management
ATTN: Officer/Managing Agent
2719 Graves Dr. Bldg 21
Goldsboro, NC 27534-4550

~~Mitsubishi HC Capital America, Inc.~~
~~ATTN: Officer/Managing Agent~~
~~PO Box 1036~~
~~Minneapolis, MN 55480-1036~~

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melville, NY 11747-2725

NC Department of Commerce
Division of Employment Security
PO Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
Office Services Division Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

~~Pamela P. Keenan~~
~~Kirschbaum, Nanney, Keenan & Griffin, P.~~
~~PO Box 19766~~
~~Raleigh, NC 27619-9766~~

(p)PAWNEE LEASING CORPORATION ATTN SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

Retail Data Systems of Hospitality
ATTN: Officer/Managing Agent
4616 S. Main St.
Acworth, GA 30101-5462

Rise Alliance
ATTN: Officer/Managing Agent
22 W 38th St.
New York, NY 10018-0536

Small Business Administration
South Carolina District Office
1835 Assembly St. Ste 1425
Columbia, SC 29201-2453

Sysco Raleigh, LLC
ATTN: Officer/Managing Agent
1032 Baugh Road
Selma, NC 27576-9105

TCP Leasing, Inc.
ATTN: Officer/Managing Agent
8364 Six Forks Rd. Ste 102
Raleigh, NC 27615-5085

~~The Bancorp Bank~~
~~ATTN: Officer/Managing Agent 409 Silvers~~
~~Wilmington, DE 19809-1771~~

~~The Bancorp Bank~~
~~c/o Tudor T. S. Arthur~~
~~55 Fayetteville Street~~
~~Suite 1100~~
~~Raleigh, NC 27601-3034~~

~~The Bankcorp Bank~~
~~ATTN: Officer/Managing Agent~~
~~409 Silverside Rd.Ste 105~~
~~Wilmington, DE 19809-1771~~

~~The Little Mint, Inc.~~
~~P.O. Box 570~~
~~Mount Olive, NC 28365-0570~~

~~The Rev. Trust of Chinyeh Rose E c/o Chinyeh~~
~~1101 1st St. Suite 206~~
~~Coronado, CA 92118-1473~~

The Rev. Trust of Chinyeh Rose Hostler
c/o Chinyeh Hostler, Trustee
1101 1st St. Ste 206
Coronado, CA 92118-1473

Thread Capital, Inc.
4021 Caya Dr.
Raleigh, NC 27610-2914

~~Time Payment~~
~~Attn: Officer/Managing Agent/Bankruptcy~~
~~Burlington, MA 01803-5274~~

Time Payment Corporation
ATTN: Officer/Managing Agent
200 Summit Dr. Ste 100
Burlington, MA 01803-5274

~~Time Payment Corporation ATTN: Officer/Manag~~
~~Burlington, MA 01803~~

~~Time Payment Corp~~
~~200 Summit Drive Suite 100~~
~~Burlington, MA 01803-5274~~

~~U. S. Small Business Administratio North Car~~
~~6302 Fairview Rd. Ste 300~~
~~Charlotte, NC 28210-2234~~

U. S. Small Business Administration
North Carolina District Office
6302 Fairview Rd. Ste 300
Charlotte, NC 28210-2234

| | | |
|---|---|---|
| U.S. Attorney<br>Attn: Civil Process Clerk<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601-2959 | ~~U.S. Attorney<br>Attn: Civil Process Clerk<br>310 New Bern Ave., Ste. 800<br>Raleigh, NC 27601-1441~~ | U.S. Attorney General<br>Attn: Managing Agent<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 |
| U.S. Department of Labor<br>Wage and Hour Division<br>61 Forsyth St. SW, Room 7M90<br>Atlanta, GA 30303-9813 | Wake County Revenue Dept.<br>Attn: Bankruptcy Notices<br>P.O. Box 2331<br>Raleigh, NC 27602-2331 | ~~Wake County Revenue Dept. Attn: Bankruptcy N<br>P.O. Box 2331<br>Raleigh, NC 27602-2331~~ |
| ~~Wertz Real Estate<br>c/o Chinyere Hostler<br>1101 1st St. Suite 206<br>Coronado, CA 92118-1473~~ | ~~Alexis Ramos<br>275 College Lake Drive<br>Cats, NC 27521-8769~~ | ~~Chinyere Hostler<br>1101 First Street, Suite 206<br>Coronado, CA 92118-1473~~ |
| ~~David F. Mills<br>Warron Wexel, P.A.<br>PO Box 1567<br>Smithfield, NC 27577-1567~~ | Edwin Swope<br>3986 Linville Edom Road<br>Linville, VA 22834-2344 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Funding Group<br>Attn: Brian Knox<br>7542 17th Street<br>Suite 200<br>Austin, CA 92780 | Bankruptcy Administrator<br>434 Fayetteville Street, Ste. 640<br>Raleigh, NC 27601 | Ascentium Capital<br>ATTN: Officer/Managing Agent<br>23970 US 59<br>Kingwood, TX 77339 |
| First Citizens Bank<br>ATTN: Default Litigation Manager<br>P.O. Box 25187<br>Raleigh, NC 27611-5187 | (d)First-Citizens Bank & Trust Company<br>Attn: Bankruptcy Department<br>P.O. Box 25187<br>Raleigh, NC 27611 | Headway Capital LLC<br>175 West Jackson Blvd., Suite 600<br>Chicago, IL 60604 |
| OEA Financial<br>c/o Justin Leto<br>00 NW 62nd Ave. Ste 750<br>Miami, FL 33126 | Pawnee Leasing Corporation<br>3801 Automation Way Suite 207<br>3801 Automation Way Suite 207<br>Fort Collins, CO 80525 | (d)Pawnee Leasing Corporation<br>ATTN: Officer/Managing Agent<br>3801 Automation Way Ste. 207<br>Fort Collins, CO 80501 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )First Federal Bank | (u)Mitsubishi HC Capital America, Inc. | (u)The Bancorp Bank |