**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

IN RE:
**TINY FROG, INC.,**

**DEBTOR**

**CASE NO. 25-01081-5-JNC**

**CHAPTER 11**

## NOTICE OF OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that Bancorp Bank, N.A., by and through counsel, has filed an Application for Allowance of Compensation for Services Rendered Womble Bond Dickinson (US) LLP and Reimbursement of Expenses, pursuant to 11 U.S.C. § 506(b). The services performed by Womble Bond Dickinson (US) LLP and the expenses related thereto are summarized as follows:

Womble Bond Dickinson (US) LLP Requested Attorneys' Fees:         $ 6,450.00
Womble Bond Dickinson (US) LLP Requested Expenses:                $10,448.27
Womble Bond Dickinson (US) LLP Total Requested Fees and Expenses: $16,898.27

TAKE FURTHER NOTICE that any response, including objection, to the relief requested in the Application for Allowance of Compensation for Services Rendered Womble Bond Dickinson (US) LLP and Reimbursement of Expenses, pursuant to 11 U.S.C. § 506(b) should be filed with the Clerk of the Bankruptcy Court within TWENTY-ONE (21) days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or court order. Any response shall clearly identify the specific motion or application to which the response is directed.

TAKE FURTHER NOTICE that the court will conduct a hearing on January 20, 2025 at 11:15 a.m. at the United States Bankruptcy Court for the Western District of North Carolina, Randy D. Doub Courthouse, 150 Reade Circle, Greenville, NC 27858. No further notice of this hearing will be given.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WBD (US) 4885-2762-7462v1

Dated:  December 19, 2024                    WOMBLE BOND DICKINSON (US) LLP

                                     By:    /s/ Eudora F. S. Arthur
                                             EUDORA F. S ARTHUR
                                             N.C. State Bar No. 59854
                                             dorie.arthur@wbd-us.com
                                             555 Fayetteville St., Suite 1100
                                             Raleigh, North Carolina 27601
                                             Telephone: (919) 755-2178
                                             E-mail:  Dorie.Arthur@wbd-us.com

                                             *Counsel for Bancorp Bank, N.A.*

WBD (US) 4885-2762-7462v1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

IN RE:
**TINY FROG, INC.,**

**DEBTOR**

**CASE NO. 25-01081-5-JNC**

**CHAPTER 11**

**APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED BY WOMBLE BOND DICKINSON (US) LLP AND**
**REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 506(b)**

Now comes Bancorp Bank, N.A. ("Bancorp"), by and through counsel, and files this Application for Allowance of Compensation for Services Rendered by Womble Bond Dickinson (US) LLP and Reimbursement of Expenses (the "Application"), pursuant to 11 U.S.C. § 506(b). In support of this Application, Bancorp states as follows:

1.      This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334.  The court has the authority to hear this matter pursuant to the General Order of Reference entered by the United States Bankruptcy Court for the Western District of North Carolina.

2.      The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on September 13, 2019 (the "Petition Date").

3.      The Plan provides that Bancorp's claim is fully secured because the value of the collateral securing Bancorp's claim exceeded the balances.  The Plan also expressly states that Bancorp is entitled to reimbursement of its allowed 506(b) expenses.  Therefore, Section 506(b) of the Bankruptcy Code authorizes the Court to award Bancorp reimbursement of its incurred

legal fees and costs associated with this bankruptcy case, as stated in the order confirming the Plan.

4.      Womble Bond Dickinson (US) LLP has performed necessary and valuable legal services for Bancorp in relation to the Debtor's loan.  Copies of the Womble Bond Dickinson (US) LLP billing summaries, which include detailed descriptions of the legal services rendered, including the time spent, date of rendering and the costs and expenses incurred in this matter, are attached to this Application as "**Exhibit A**" and incorporated herein by reference.

5.      Womble Bond Dickinson (US) LLP applies for the allowance of attorney's fees pursuant to applicable provisions of Statutory and case law, and asks the court to consider the following factors in the allowance of the same:

      a)  Time and labor expended.
      b)  Novelty and difficulty of the questions raised.
      c)  Skill required to properly perform the legal services rendered.
      d)  Customary fees for like work.
      e)  Time limitations imposed by the client or circumstances.
      f)  Experience, reputation and ability of the attorney.
      g)  Nature and length of the professional relationship between attorney and client.
      h)  Attorney's fees awards in similar cases.

6.      Womble Bond Dickinson (US) LLP, a business-oriented law firm with attorneys experienced in financial services and bankruptcy law and who practice in North Carolina. A short biography of the professionals providing services to Bancorp in relation to the Debtor's loans and the bankruptcy case is attached hereto as "**Exhibit B**".

7.      Bancorp requests the approval for reimbursement of compensation for professional services rendered by Womble Bond Dickinson (US) LLP in the amount of $6,450.00 and expenses incurred in the amount of $10,448.27, for a total of $16,898.27 during the period of March, 26, 2025 through December 15, 2025.

WBD (US) 4885-2762-7462v1

8.      Bancorp requests approval for reimbursement of expenses in the amount of $10,400.00 and $48.27 for appraisal services and a lien search, respectively. Bancorp incurred these amounts as a direct result of the filing of the petition and Bancorp's efforts to preserve and protect its collateral. True and accurate copies of invoices for the expenses incurred for the appraisal services and lien search are attached hereto as "**Exhibit C"**.

9.      Each of the requirements required for substantiating a claim under § 506(b) are met here, as Bancorp is oversecured, the underlying agreement supports the reimbursement of such fees and costs, and the expenses incurred are fair and reasonable. The services are consistent with the multi-factor test set forth in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714, 717–19 (5th Cir. 1974).   The focus of the *Johnson* analysis in this circuit is the allowable hours and a reasonable hourly rate, the "lodestar fee."  *Daly v. Hill*, 790 F.2d 1071 (4th Cir. 1986).

10.      A proposed Order granting the relief requested herein is attached as "**Exhibit D**".

WHEREFORE, Bancorp prays for the Court to approve reimbursement for legal services rendered by Womble Bond Dickinson (US) LLP in the amount of $6,450.00 and expenses incurred in the amount of $10,448.27, for a total of $16,898.27 pursuant to 11 U.S.C. § 506(b), and for such other and further relief as the Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  December 19, 2025

WOMBLE BOND DICKINSON (US) LLP

By:      /s/ Eudora F. S. Arthur
        EUDORA F. S ARTHUR
        N.C. State Bar No. 59854
        dorie.arthur@wbd-us.com
        555 Fayetteville St., Suite 1100
        Raleigh, North Carolina 27601
        Telephone: (919) 755-2178
        E-mail:  Dorie.Arthur@wbd-us.com

*Counsel for Bancorp Bank, N.A.*

**EXHIBIT A**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

May 7, 2025
Matter Number 117956.0014.7
Bill Number 6621167
STATEMENT FOR SERVICES RENDERED

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE  19809

    RE:    Tiny Frog, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2025     $3,130.00

**CURRENT TOTAL**     **$3,130.00**

| If paying by check or online banking bill payment, please remit payment **DUE ON RECEIPT** to the following address: | If paying by wire or ach, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br>Reference bill number 6621167 on payment<br><br>**Please do not use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8<br>Further credit to: 6621167 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to Remittance@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or Remittance@wbd-us.com. | | |

**IF PAYING BY CHECK, PLEASE RETURN THIS PAGE WITH PAYMENT**

**THANK YOU FOR YOUR BUSINESS**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

May 7, 2025
Matter Number 117956.0014.7
Bill Number 6621167
STATEMENT FOR SERVICES RENDERED

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE  19809

     RE:    Tiny Frog, Inc.

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2025 | $3,130.00 |
| **CURRENT TOTAL** | **$3,130.00** |

| **If paying by check or online banking bill payment**, please remit payment **DUE ON RECEIPT** to the following address: | **If paying by wire or ach**, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br>Reference bill number 6621167 on payment<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8<br>Further credit to: 6621167 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to Remittance@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or Remittance@wbd-us.com. | | |

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: |
|---|---|---|---|
| 03/30/2025 | Tiny Frog: Correspondence with Mitzi Tamayo to provide update on discussions with debtor's attorney | Livermon, James S. | 0.10 |
| 04/01/2025 | Email communication with Debtor's attorney regarding scheduling site visits; email communication with client regarding manager bonuses; email communication with Debtor's attorney regarding allowance of bonuses | Arthur, Eudora F. | 0.60 |
| 04/01/2025 | Telephone discussion with Debtor's counsel regarding cash collateral use and adequate protection; review petition and motions; review loan documents; analyze appropriate position for client | Arthur, Eudora F. | 1.60 |
| 04/03/2025 | Review and analyze email from Debtor's counsel regarding lease payments being remitted to lessors despite the automatic stay; phone call to second lien position cash collateral creditor to discuss | Arthur, Eudora F. | 0.60 |
| 04/04/2025 | Telephone discussions with other secured creditor counsel and debtors attorney regarding lease payments made post-petition without court approval and methods of ameliorating those issues; review expedited motion to pay critical vendors and analyze clients exposure vs. possibility of reorganization | Arthur, Eudora F. | 1.70 |
| 04/07/2025 | Correspondence with Mitzi Tamayo regarding debtor's request to amend the cash collateral order to include payments to critical vendor and equipment lessors | Livermon, James S. | 0.20 |
| 04/07/2025 | Review proposed order; email communication with client regarding pending motions; make recommendation; email communication with client regarding adequate protection status | Arthur, Eudora F. | 1.30 |
| 04/08/2025 | Email communication with Debtor's attorney regarding the cash collateral motions, revisions, new balances, and the hearing | Arthur, Eudora F. | 0.40 |
| 04/08/2025 | Finalize and submit Notices of Appearance for Charlie Livermon and Dorie Arthur to the bankruptcy court for filing and serve same upon the bankruptcy debtor via regular mail | Burgos, Michele L.* | 0.50 |
| 04/10/2025 | Email communication with client regarding debtor's intentions for payment; email communication with debtor asking for confirmation of intended payment and communicating amount due and by what date; email communication checking in on status of the final order | Arthur, Eudora F. | 0.70 |
| 04/14/2025 | Email communication with debtors attorney regarding exhibit for cash collateral order, email communication with debtors attorney regarding payment due, email communication with client regarding payment due; circulating wire transfer instructions; review cash collateral budget; circulate proposed budget to client | Arthur, Eudora F. | 0.70 |

| 04/15/2025 | Preparation for and attendance of cash collateral hearing and status conference; email communication with Debtor's attorney regarding cash collateral order and additional emergency expenses; back and forth email communication between client and debtor's attorney to ensure receipt of payment due | Arthur, Eudora F. | 4.20 |

**Total for Services:**                    $ 3,130.00

If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

The Bancorp Bank, N.A.
Tiny Frog, Inc.                                                                117956.0014.76621167

**TIMEKEEPER SUMMARY**

| Attorney: | | Hours: | Amount: | Rate: |
|---|---|---|---|---|
| Livermon, James S. | | 0.30 | $ 105.00 | $ 350.00 |
| Arthur, Eudora F. | | 11.80 | $ 2,950.00 | $ 250.00 |
| Burgos, Michele L.* | | 0.50 | $ 75.00 | $ 150.00 |
| | **Totals:** | 12.60 | $ 3,130.00 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

<u>**Use of Legal Support Service Providers**</u>

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information.  WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product. As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

June 17, 2025
Matter Number 117956.0014.7
Bill Number 6637362
STATEMENT FOR SERVICES RENDERED

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE  19809

RE:    Tiny Frog, Inc.

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2025 | $765.00 |
| **CURRENT TOTAL** | **$765.00** |

| **If paying by check or online banking bill payment**, please remit payment **DUE ON RECEIPT** to the following address: | **If paying by wire or ach**, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br>Reference bill number 6637362 on payment<br><br>**Please _do not_ use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8<br>Further credit to: 6637362 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to Remittance@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or Remittance@wbd-us.com. | | |

**IF PAYING BY CHECK, PLEASE RETURN THIS PAGE WITH PAYMENT**

**THANK YOU FOR YOUR BUSINESS**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

June 17, 2025
Matter Number 117956.0014.7
Bill Number 6637362
STATEMENT FOR SERVICES RENDERED

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE  19809

    RE:    Tiny Frog, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2025     $765.00

**CURRENT TOTAL**     **$765.00**

| **If paying by check or online banking bill payment**, please remit payment **DUE ON RECEIPT** to the following address: | **If paying by wire or ach**, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br>Reference bill number 6637362 on payment<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8<br>Further credit to: 6637362 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to Remittance@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or Remittance@wbd-us.com. | | |

**ITEMIZED SERVICES BILL**

| Date: | Description: | Attorney: | Hours: |
|---|---|---|---|
| 05/01/2025 | Prepare for and attend 341 meeting; face-to-face communication with debtors attorney regarding language requiring adequate protection in the cash collateral order; review interim cash collateral order for sufficiency | Arthur, Eudora F. | 1.50 |
| 05/05/2025 | Email communication with client regarding status of overpayment; email communication to debtor's attorney regarding application of the overpayment to May payment | Arthur, Eudora F. | 0.30 |
| 05/07/2025 | Communication with debtor's counsel's partner to determine how debtor would like to apply overpayment from April | Arthur, Eudora F. | 0.20 |
| 05/07/2025 | Email communication with client regarding debtor's intention to use overpayment as May adequate protection payment | Arthur, Eudora F. | 0.20 |
| 05/15/2025 | Correspondence with debtor's attorney to discuss cash collateral budget and proposed order, review, analyze and approve same and advise debtor's attorney accordingly | Livermon, James S. | 0.40 |
| 05/15/2025 | Review proposed order and budget | Arthur, Eudora F. | 0.30 |

**Total for Services:**                    $ 765.00

**TIMEKEEPER SUMMARY**

| Attorney: | | Hours: | Amount: | Rate: |
|---|---|---|---|---|
| Livermon, James S. | | 0.40 | $ 140.00 | $ 350.00 |
| Arthur, Eudora F. | | 2.50 | $ 625.00 | $ 250.00 |
| | Totals: | 2.90 | $ 765.00 | |

**<u>Use of Legal Support Service Providers</u>**

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information.  WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product. As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

July 11, 2025
Matter Number 117956.0014.7
Bill Number 6657549
STATEMENT FOR SERVICES RENDERED

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE  19809

RE:   Tiny Frog, Inc.

| FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2025 | $300.00 |
|---|---|
| **CURRENT TOTAL** | **$300.00** |

| If paying by check or online banking bill payment, please remit payment **DUE ON RECEIPT** to the following address: | If paying by wire or ach, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br>Reference bill number 6657549 on payment<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8<br>Further credit to: 6657549 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to Remittance@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| <u>Accounting questions regarding your invoices can be directed to (336)728–7040 or Remittance@wbd-us.com.</u> | | |

**IF PAYING BY CHECK, PLEASE RETURN THIS PAGE WITH PAYMENT**

**THANK YOU FOR YOUR BUSINESS**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

July 11, 2025
Matter Number 117956.0014.7
Bill Number 6657549
STATEMENT FOR SERVICES RENDERED

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE  19809

    RE:    Tiny Frog, Inc.

| FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2025 | $300.00 |
|---|---|
| **CURRENT TOTAL** | **$300.00** |

| **If paying by check or online banking bill payment**, please remit payment **DUE ON RECEIPT** to the following address: | **If paying by wire or ach**, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br>Reference bill number 6657549 on payment<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8<br>Further credit to: 6657549 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to Remittance@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or Remittance@wbd-us.com. | | |

**ITEMIZED SERVICES BILL**

| Date: | Description: | Attorney: | Hours: |
|---|---|---|---|
| 06/16/2025 | Review next interim order for cash collateral to ensure The Bancorp's interest is protected; email consent to debtor's counsel; follow-up regarding method of payment of adequate protection | Arthur, Eudora F. | 0.30 |
| 06/17/2025 | Communication between client and debtors attorney regarding a payment made via ACH that has not been located and clarifying the methods of payment debtor should use in the future; email communication with debtor's attorney regarding timing for filing the plan and proof of claim | Arthur, Eudora F. | 0.70 |
| 06/18/2025 | Receipt of email from client confirming payment was made by debtor for the month of June; provide Debtor with instructions for future payments | Arthur, Eudora F. | 0.20 |

**Total for Services:**                        $ 300.00

**TIMEKEEPER SUMMARY**

| Attorney: | | Hours: | Amount: | Rate: |
|---|---|---|---|---|
| Arthur, Eudora F. | | 1.20 | $ 300.00 | $ 250.00 |
| | Totals: | 1.20 | $ 300.00 | |

### <u>Use of Legal Support Service Providers</u>

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information.  WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product. As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

August 15, 2025
Invoice No. 6676932
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through July 31, 2025

| | |
|---|---:|
| Fees | $555.00 |
| **Total Balance Due** | **$555.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|

| **Checks Only (Lockbox)** | **Electronic Payments** | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC 28260-1879<br><br>**The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |

***Please send remittance advice to remittance@wbd-us.com***

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***Please reference account or invoice number(s) when remitting payment***

August 15, 2025                                                                                        Page 2
Matter No. 117956.0014.7
Invoice No. 6676932

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/15/25 | E. Arthur | Email communication with client and debtor's attorney regarding method of payment and whether it has been made in accordance with the order setting adequate protection. | 0.30 | 75.00 |
| 07/17/25 | E. Arthur | Follow-up with debtor's attorney regarding method of AP payment; email communication with client regarding status of payment. | 0.30 | 75.00 |
| 07/21/25 | E. Arthur | Email communication with client regarding method of payment for adequate protection. | 0.20 | 50.00 |
| 07/23/25 | E. Arthur | Draft and prepare proof of claim | 1.00 | 250.00 |
| 07/24/25 | M. Burgos | Review, redact and label all exhibits to attach to the Proof of Claim (0.40); finalize and submit Proof of Claim to the bankruptcy court for filing (0.30) | 0.70 | 105.00 |

| **Total Fees** | | | | **$555.00** |
|------|--|--|--|--------|

## Timekeeper Summary

| Attorney | Title | Billed Hours | Billed Rate | Billed Amount |
|----------|-------|--------------|-------------|---------------|
| E. Arthur | Associate | 1.80 | 250.00 | 450.00 |
| M. Burgos | Paralegal | 0.70 | 150.00 | 105.00 |
| **Total Fees** | | **2.50** | | **$555.00** |

| **Total Fees & Disbursements** | | | | **$555.00** |
|------|--|--|--|--------|



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

August 15, 2025
Invoice No. 6676932
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through July 31, 2025

| | |
|---|---:|
| Fees | $555.00 |
| **Total Balance Due** | **$555.00** |

---

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|

| Checks Only (Lockbox) | Electronic Payments | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC 28260-1879<br><br>**\*\*The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.** | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |
| | ***Please send remittance advice to*** *remittance@wbd-us.com* | |

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***\*\*\*Please reference account or invoice number(s) when remitting payment\*\*\****


WOMBLE
BOND
DICKINSON

---

The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

September 10, 2025
Invoice No. 6690394
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through August 31, 2025

| | |
|---|---:|
| Fees | $450.00 |
| **Total Balance Due** | **$450.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|
| **Checks Only (Lockbox)** | **Electronic Payments** |

| Checks Only (Lockbox) | Electronic Payments | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC  28260-1879<br><br>**The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |

***Please send remittance advice to*** remittance@wbd-us.com

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***Please reference account or invoice number(s) when remitting payment***

September 10, 2025
Matter No. 117956.0014.7
Invoice No. 6690394

Page 2

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/08/25 | E. Arthur | Review proposed plan treatment; review docket and proof of claim to analyze proposed plan treatment; email communication with client providing plan treatment proposal from debtor for approval; provide recommendation and outline next steps. | 0.60 | 150.00 |
| 08/12/25 | E. Arthur | Email communication with client regarding future payments being automatically debited and timing of confirmation of the plan; review docket to inform the same. | 0.30 | 75.00 |
| 08/15/25 | E. Arthur | Email communication with client and debtor's attorney regarding August's adequate protection payment. | 0.20 | 50.00 |
| 08/18/25 | E. Arthur | Email communication with client and debtors attorney tracking august adequate protection payment. | 0.20 | 50.00 |
| 08/19/25 | E. Arthur | Review final budget for agreed upon terms; provide consent to sign electronic signature. | 0.30 | 75.00 |
| 08/25/25 | E. Arthur | Review docket for chapter 11 plan; provide plan to client for records. | 0.20 | 50.00 |
| **Total Fees** | | | | **$450.00** |

## Timekeeper Summary

| Attorney | Title | Billed Hours | Billed Rate | Billed Amount |
|----------|-------|--------------|-------------|---------------|
| E. Arthur | Associate | 1.80 | 250.00 | 450.00 |
| **Total Fees** | | **1.80** | | **$450.00** |

| **Total Fees & Disbursements** | | | | **$450.00** |



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

September 10, 2025
Invoice No. 6690394
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through August 31, 2025

| | |
|---|---|
| Fees | $450.00 |
| **Total Balance Due** | **$450.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|
| **Checks Only (Lockbox)** | **Electronic Payments** |

| Checks Only (Lockbox) | Electronic Payments | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC  28260-1879<br><br>**The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |

*Please send remittance advice to remittance@wbd-us.com*

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.

***Please reference account or invoice number(s) when remitting payment***


**WOMBLE
BOND
DICKINSON**

The Bancorp Bank, N.A.                              October 16, 2025
405 Silverside Road                              Invoice No. 6710781
Suite 105                                   Matter No. 117956.0014.7
Attn: Nicholas Verna                              *Due Upon Receipt*
Wilmington, DE 19809

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through September 30, 2025

| | |
|---|---:|
| Fees | $100.00 |
| **Total Balance Due** | **$100.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|
| **Checks Only (Lockbox)** | **Electronic Payments** |

| | | |
|---|---|---|
| Womble Bond Dickinson (US) LLP | **Bank Name** | Wells Fargo Bank, NA |
| P.O. Box 601879 | **Bank Address** | 420 Montgomery, San Francisco, CA 94104 |
| Charlotte, NC  28260-1879 | **Account Name** | Womble Bond Dickinson (US) LLP |
| | **Account No.** | 2087311040408 |
| *\*\*The lockbox does not accept checks* | **Routing No.** | 121000248 |
| *sent via certified mail, UPS, FedEx or* | **Bank Swift Code** | WFBIUS6S |
| *courier.* | | |

***Please send remittance advice to remittance@wbd-us.com***

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***\*\*\*Please reference account or invoice number(s) when remitting payment\*\*\****

October 16, 2025                                                                                                   Page 2
Matter No. 117956.0014.7
Invoice No. 6710781

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/17/25 | E. Arthur | Email communication with client and debtor seeking information on the delinquent adequate protection payment. | 0.20 | 50.00 |
| 09/22/25 | E. Arthur | Email communication with client and debtor's attorney attempting to locate the September adequate protection payment. | 0.20 | 50.00 |
| **Total Fees** | | | | **$100.00** |

## Timekeeper Summary

| Attorney | Title | Billed Hours | Billed Rate | Billed Amount |
|----------|-------|--------------|-------------|---------------|
| E. Arthur | Associate | 0.40 | 250.00 | 100.00 |
| **Total Fees** | | **0.40** | | **$100.00** |
| **Total Fees & Disbursements** | | | | **$100.00** |



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

October 16, 2025
Invoice No. 6710781
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through September 30, 2025

| | |
|---|---|
| Fees | $100.00 |
| **Total Balance Due** | **$100.00** |

---

| **Remittance Instructions** | **Federal Tax ID: 56-0308470** |
|---|---|

| **Checks Only (Lockbox)** | **Electronic Payments** | |
|---|---|---|
| Womble Bond Dickinson (US) LLP | **Bank Name** | Wells Fargo Bank, NA |
| P.O. Box 601879 | **Bank Address** | 420 Montgomery, San Francisco, CA 94104 |
| Charlotte, NC  28260-1879 | **Account Name** | Womble Bond Dickinson (US) LLP |
| | **Account No.** | 2087311040408 |
| *\*\*The lockbox does not accept checks* | **Routing No.** | 121000248 |
| *sent via certified mail, UPS, FedEx or* | **Bank Swift Code** | WFBIUS6S |
| *courier.* | | |
| | ***Please send remittance advice to*** remittance@wbd-us.com |

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***\*\*\*Please reference account or invoice number(s) when remitting payment\*\*\****



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

November 18, 2025
Invoice No. 6727509
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through October 31, 2025

| | |
|---|---:|
| Fees | $75.00 |
| **Total Balance Due** | **$75.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|

| Checks Only (Lockbox) | Electronic Payments | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC 28260-1879<br><br>**The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |
| | ***Please send remittance advice to** remittance@wbd-us.com* | |

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***Please reference account or invoice number(s) when remitting payment***

November 18, 2025
Matter No. 117956.0014.7
Invoice No. 6727509

Page 2

**Professional Services**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/02/25 | E. Arthur | Email communication with debtor's counsel requesting electronic ballot. | 0.10 | 25.00 |
| 10/06/25 | E. Arthur | Prepare and execute ballot voting in favor of the plan. | 0.20 | 50.00 |
| **Total Fees** | | | | **$75.00** |

**Timekeeper Summary**

| Attorney | Title | Billed Hours | Billed Rate | Billed Amount |
|----------|-------|--------------|-------------|---------------|
| E. Arthur | Associate | 0.30 | 250.00 | 75.00 |
| **Total Fees** | | **0.30** | | **$75.00** |
| **Total Fees & Disbursements** | | | | **$75.00** |



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

November 18, 2025
Invoice No. 6727509
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through October 31, 2025

| | |
|---|---|
| Fees | $75.00 |
| **Total Balance Due** | **$75.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|

| Checks Only (Lockbox) | Electronic Payments | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC  28260-1879<br><br>**The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |

*Please send remittance advice to remittance@wbd-us.com*

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.
***Please reference account or invoice number(s) when remitting payment***



The Bancorp Bank, N.A.
405 Silverside Road
Suite 105
Attn: Nicholas Verna
Wilmington, DE 19809

December 17, 2025
Invoice No. 6744301
Matter No. 117956.0014.7
*Due Upon Receipt*

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through December 17, 2025

| | |
|---|---:|
| Fees | $950.00 |
| **Total Balance Due** | **$950.00** |

---

| **Remittance Instructions** | Federal Tax ID: 56-0308470 |
|---|---|
| **Checks Only (Lockbox)** | **Electronic Payments** |

| **Checks Only (Lockbox)** | **Electronic Payments** | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC  28260-1879<br><br>**The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |

***Please send remittance advice to remittance@wbd-us.com***

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.

***Please reference account or invoice number(s) when remitting payment***

December 17, 2025                                                                Page 2
Matter No. 117956.0014.7
Invoice No. 6744301

### Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/19/25 | E. Arthur | Email communication with client clarifying plan effective date and expectations from plan; advise on next steps. | 0.20 | 50.00 |
| 12/01/25 | E. Arthur | Email communication with client and debtor's attorney regarding missing payment. | 0.20 | 50.00 |
| 12/03/25 | E. Arthur | Back and forth email communication and phone calls in attempt to get November and December payments paid. | 0.30 | 75.00 |
| 12/09/25 | E. Arthur | Email communication with client regarding admin claim. | 0.10 | 25.00 |
| 12/12/25 | E. Arthur | Begin drafting and preparing application for fees and expenses including necessary statutory citations and case law. | 1.50 | 375.00 |
| 12/15/25 | E. Arthur | Compile exhibits and documents necessary to support fee application; add case law supporting expense of appraisal; draft and prepare notice. | 1.50 | 375.00 |
| **Total Fees** | | | | **$950.00** |

### Timekeeper Summary

| Attorney | Title | Billed Hours | Billed Rate | Billed Amount |
|----------|-------|-------------|-------------|---------------|
| E. Arthur | Associate | 3.80 | 250.00 | 950.00 |
| **Total Fees** | | **3.80** | | **$950.00** |

| **Total Fees & Disbursements** | | | | **$950.00** |
|---|---|---|---|---|

### Open Invoices as of December 17, 2025

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|-------------|----------------|----------------|----------|-------------|
| 12/17/25 | 6744301 | $950.00 | $0.00 | $950.00 |
| **Total Outstanding AR** | | | | **$950.00** |



The Bancorp Bank, N.A.                                December 17, 2025
405 Silverside Road                                  Invoice No. 6744301
Suite 105                                            Matter No. 117956.0014.7
Attn: Nicholas Verna                                 *Due Upon Receipt*
Wilmington, DE 19809

**Billing Attorney:** S. Riley
**Tiny Frog, Inc.**

For Professional Services Rendered through December 17, 2025

| | |
|---|---:|
| Fees | $950.00 |
| **Total Balance Due** | **$950.00** |

| Remittance Instructions | Federal Tax ID: 56-0308470 |
|---|---|

| **Checks Only (Lockbox)** | **Electronic Payments** | |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>P.O. Box 601879<br>Charlotte, NC  28260-1879<br><br>*\*\*The lockbox does not accept checks sent via certified mail, UPS, FedEx or courier.* | **Bank Name**<br>**Bank Address**<br>**Account Name**<br>**Account No.**<br>**Routing No.**<br>**Bank Swift Code** | Wells Fargo Bank, NA<br>420 Montgomery, San Francisco, CA 94104<br>Womble Bond Dickinson (US) LLP<br>2087311040408<br>121000248<br>WFBIUS6S |

***Please send remittance advice to remittance@wbd-us.com***

For questions or assistance, please contact Accounts Receivable at AR@wbd-us.com or 336-747-6697.

***\*\*\*Please reference account or invoice number(s) when remitting payment\*\*\****

Exhibit B
Biographical Information
By Womble Bond Dickinson (US) LLP

**EUDORA F. S. ARTHUR:** Dorie Arthur is a Bankruptcy and Restructuring Attorney who represents creditors in Chapter 7, 11, 12, and 13 bankruptcy cases in all districts in North Carolina and Virginia. In and out of the bankruptcy context, Dorie advises a range of lenders on commercial and consumer collections, workouts, UCC sales, and restructures. Dorie's deep understanding of the Bankruptcy Code and its interaction with state law allows her to guide her clients' commercial and consumer collection efforts strategically to achieve the highest possible recovery. Before joining Womble, Dorie worked as a Law Clerk for the Honorable Cecelia G. Morris in the Southern District of New York Bankruptcy Court where she gained significant experience researching and analyzing complex substantive and procedural issues. In addition, Dorie drafted decisions on groundbreaking bankruptcy issues, including those presented in high-profile cases such as the Bernard L. Madoff Investment Securities SIPA litigation.

**JAMES S. "CHARLIE" LIVERMON, III**:  Charlie Livermon is a board certified specialist in business and consumer bankruptcy.  He also represents secured and unsecured creditors in Chapter 7, 11, 12 and 13 bankruptcy cases in all three bankruptcy districts in North Carolina.  He also represents banks and other lenders in commercial workouts, restructures, collections, foreclosures and receiverships in state and federal courts throughout North Carolina.  He also represents bank and lenders in defending lender liability actions in state and federal courts.  Mr. Livermon received his BA degree from Hampden Sydney College in 1991 and his JD from Campbell University in 1999.   Mr. Livermon is active in professional and community organizations such as the North Carolina Bar Association; the United States Bankruptcy Court for the Eastern District of North Carolina Pro Se Strategic Planning Committee; the North Carolina Bar Association Receivership Statute Revisions Committee Member, Chair; and the North Carolina Creditors Bar Association, President.  He was inducted in the Hall of Fame in *Business North Carolina* magazine's "Legal Elite" (Bankruptcy), 2015.

**MICHELE L. BURGOS**: Michele L. Burgos is a paralegal with Womble Bond Dickinson (US) LLP. Prior to joining Womble Bond Dickinson (US) LLP, Michele was a paralegal with the law firm of Poyner Spruill LLP for 8 years and was previously employed by Riddle & Brantley, LLP for over 1 year and Morris, Schneider & Prior for 6 years.

EXHIBIT G

**Solid Resources LLC**
276 E Deerpath Road, # 643
Lake Forest, IL  60045
(847) 881-6733
info@solidresourcesllc.com
www.solidliquidation.com



# INVOICE

**BILL TO**
The Bancorp
10 Quail Ridge Drive, Suite 110
Westmont, IL  60559

**INVOICE #** 20886
**DATE**  04/29/2025

**TERMS**  Net 7

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | **Appraisal Services** | Site visit to six restaurants and one storage unit and appraisal of Furniture, Fixtures, and Equipment of Tiny Frog, Inc. dba Hwy 55 Burgers Shakes & Fries on basis of the following valuations: Forced Liquidation Value, Orderly Liquidation Value, Fair Market Value. Effective date: April 22 - 23, 2025. Additional Request: Also include estimated pre-auction removal and storage expenses in calculation of net liquidation values. Appraisal requested by Mitzi Tamayo. | 1 | 10,400.00 | 10,400.00 |

We appreciate your business and look forward to helping you again soon.

| | |
|---|---|
| SUBTOTAL | 10,400.00 |
| TAX | 0.00 |
| TOTAL | 10,400.00 |
| BALANCE DUE | **$10,400.00** |

Thank You For Electronic Payment
Bank: BMO Harris N.A.
ABA#: ███████
Beneficiary: Solid Resources LLC
Account#: ███████

iLienOnline Activity Report

**Report Title:** Estimated Summary of Charges

**Order No:** ███████

**Customer Name:** The Bancorp Bank, National Association          **Cust No:** ████

**User Name:** ███████

Lien Solutions

---

THIS IS NOT AN INVOICE. DO NOT PAY FROM THIS REPORT.

\* Pending orders may have additional costs of state, county, third party fees or additional copies/pages which will increase the total cost. This report shows preliminary costs only, taxes are not included.

| Search Name | Time | State | County | Activity | *Pending | Unit | Cost |
|---|---|---|---|---|---|---|---|
| **Date: 3/26/2025 Bill code:** | | | | | | | |
| TINY FROG, INC. | 094722 | NC | Secretary of State | UCC - Debtor Search | | 1 | $30.27 |
| TINY FROG, INC. | 094737 | NC | Secretary of State | UCC - UCC images view/print or hardcopy (1-3 pages) | | 1 | $9.00 |
| TINY FROG, INC. | 094811 | NC | Secretary of State | UCC - UCC images view/print or hardcopy (1-3 pages) | | 1 | $9.00 |
| | | | | | | | --------- |
| | | | | | | | $48.27 |
| | | | | | | | --------- |
| | | | | | | | $48.27 |

© 2025 C T Corporation System and its affiliates. All rights reserved.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 25-01081-5-JNC |
| IN RE: | |
| TINY FROG, INC., | CHAPTER 11 |
| DEBTOR | |

**ORDER ALLOWING APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED BY WOMBLE BOND DICKINSON (US) LLP PURSUANT TO 11 U.S.C. § 506(b)**

This matter coming before the Court upon the Application for Allowance of Compensation for Services Rendered by Womble Bond Dickinson (US) LLP Pursuant to 11 U.S.C. § 506(b) (the "Application") for allowance of attorney fees in the amount of $6,450.00 and reimbursement for expenses in the amount of $10,448.27 for the period from March 26, 2025 to December 15, 2025. It appearing to the Court that the Application should be allowed, that valuable services have been rendered to Bancorp Bank, N.A., the Debtor, and the estate, that the fees requested are reasonable, and for good cause shown, it is

ORDERED, ADJUDGED AND DECREED that the Application be and hereby is allowed in full and that Womble Bond Dickinson (US) LLP is hereby awarded attorney fees in the amount of $6,450.00 and expenses in the amount of $10,448.27; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that final approval is given to all fees awarded to Womble Bond Dickinson (US) LLP in this case.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify under penalty of perjury:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, a copy of the foregoing Application for Allowance of Compensation for Services Rendered by Womble Bond Dickinson (US) LLP and Reimbursement of Expenses Pursuant to 11 U.S.C. § 506(b) and Notice of Application was served by electronic means through the court's CM/ECF service on:

Brian C. Behr
Bankruptcy Administrator

Via First Class mail on:

See attached mailing matrix

Dated:  December 18, 2025                WOMBLE BOND DICKINSON (US) LLP

By:    /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR

*Counsel for Bancorp Bank*

WBD (US) 4885-2762-7462v1

Label Matrix for local noticing
0417-5
Case 25-01081-5-JNC
Eastern District of North Carolina
Raleigh
Thu Dec 18 11:05:30 EST 2025

2 Bridges, LLC
Attn: Lexi Gray Property Mgmt
2719 Graves Drive
Building 21
Goldsboro, NC 27534-4550

Alexis A. Ramos
275 Cottle Lake Dr.
Coats, NC 27521-8769

(p)ALLIANCE FUNDING GROUP
ATTN BRIAN KNOX
18231 IRVINE BOULEVARD
TUSTIN CA 92780-3432

Alliance Funding Group, ISAOA
ATTN: Officer/Managing Agent
1854 17th Street Ste. 200
Tustin, CA 92780

American Commerce Bank
ATTN: Officer/Managing Agent
400 US Highway 27 Bypass
Bremen, GA 30110-1973

American Commerce Bank, N.A.
c/o Graham H. Stieglitz, Esq.
Burr & Forman LLP
1075 Peachtree Street, NE, Suite 3000
Atlanta, GA 30309-3912

American Express
ATTN: Officer/Managing Agent
P.O. Box 7863
Fort Lauderdale, FL 33329-7863

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Bear Robotics, Inc.
ATTN: Officer/Managing Agent
16650 Westgrove Dr. Ste. 175
Addison, TX 75001-5669

Business Expansion Funding Corporation
ATTN: Officer/Managing Agent
5970 Fairview Rd. Ste 218
Charlotte, NC 28210-3124

Lydia C. Carpenter
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612-3367

Daryl J. Gerber
511 Red Haven Rd.
Palmyra, PA 17078-8628

Ed Swope
3986 Linville Edom Rd.
Linville, VA 22834-2344

Egypt Crossing, LLC
700 Exposition Place
Suite 131
Raleigh, NC 27615-1561

Egypt Crossing, LLC
ATTN: Officer/Managing Agent
700 Exposition Place Ste 131
Raleigh, NC 27615-1561

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Eudora F. S. Arthur
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

(p)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

First Federal Bank
Attn: Managing Agent
P.O. Box 1049
Dunn, NC 28335-1049

First Federal Bank
PO Box 1049
Dunn, NC 28335-1049

Kirstin E. Gardner
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Harnett County Tax Department
ATTN:  Officer/Managing Agent
305 W. Cornelius Harnett Blvd., Ste. 101
Lillington, NC 27546-6195

Headway Capital
ATTN: Officer/Managing Agent
470 W. Daybreak Pkwy Ste 200
South Jorden, UT 84009

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Chinyeh Hostler
1101 First Street, Suite 206
Coronado, CA 92118-1473

Hwy 42 Properties, LLC
2719 Graves Drive
Building 21
Goldsboro, NC 27534-4550

(p)IDEA 247 INC D B A IDEA FINANCIAL
800 NW 62 AVENUE
SUITE 750
MIAMI FL 33126-5055

Idea 247, Inc.
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Road, Suite 200
Independence, OH 44131-2191


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Attn: Managing Agent/Officer/Bankruptcy
P. O. Box 7346
Philadelphia, PA 19101-7346

Johnston County Tax Collector
Attn: Managing Agent
P.O. Box 451
Smithfield, NC 27577-0451


Pamela P. Keenan
Kirschbaum, Nanney, Keenan & Griffin, PA
PO Box 19766
Raleigh, NC 27619-9766

Knightdale Crossing, LLC
ATTN: Officer/Managing Agent
P. O. Box 40633
Raleigh, NC 27629-0633

Matthew F. Kye
Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melville, NY 11747-2725


Lee County Tax Collector
ATTN: Officer/Managing Agent
106 Hillcrest Drive
Sanford, NC 27330-4021

Lexi Gray Property Management
ATTN: Officer/Managing Agent
2719 Graves Dr. Bldg 21
Goldsboro, NC 27534-4550

James S. Livermon III
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034


David F. Mills
Narron Wenzel, P.A.
PO Box 1567
Smithfield, NC 27577-1567

Mitsubishi HC Capital America, Inc.
ATTN: Officer/Managing Agent
PO Box 1880
Minneapolis, MN 55480-1880

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melville, NY 11747-2725


NC Department of Commerce
Division of Employment Security
PO Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
Office Services Div., Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NC Department of Revenue
Office Services Division Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
27602, NC 27602-1168

Adam Palmersheim
8200 Suttonview Drive
Charlotte, NC 28269-5189

Pamela P. Keenan
Kirschbaum, Nanney, Keenan & Griffin, P.
PO Box 19766
Raleigh, NC 27619-9766


(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

Alexis Ramos
275 Cottle Lake Drive
Coats, NC 27521-8769

Rebecca Redwine Grow
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367


Retail Data Systems of Hospitality
ATTN: Officer/Managing Agent
4616 S. Main St.
Acworth, GA 30101-5462

Rise Alliance
ATTN: Officer/Managing Agent
22 W 38th St.
New York, NY 10018-0536

Philip Sasser
Sasser Law Firm
2000 Regency Parkway
Suite 230
Cary, NC 27518-8508


Small Business Administration
South Carolina District Office
1835 Assembly St. Ste 1425
Columbia, SC 29201-2453

Edwin Swope
3986 Linville Edom Road
Linville, VA 22834-2344

Sysco Raleigh, LLC
ATTN: Officer/Managing Agent
1032 Baugh Road
Selma, NC 27576-9105

TCP Leasing, Inc.
ATTN: Officer/Managing Agent
8364 Six Forks Rd. Ste 102
Raleigh, NC 27615-5085

The Bancorp Bank
ATTN: Officer/Managing Agent 409 Silvers
Wilmington, DE 19809-1771

The Bancorp Bank
c/o Eudora F. S. Arthur
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

The Bankcorp Bank
ATTN: Officer/Managing Agent
409 Silverside Rd.Ste 105
Wilmington, DE 19809-1771

The Little Mint, Inc.
102 Commercial Avenue
Mount Olive, NC 28365-8695

The Little Mint, Inc.
P.O. Box 570
Mount Olive, NC 28365-0570

The Rev. Trust of Chinyeh Rose H c/o Chinyeh
1101 1st St. Suite 206
Coronado, CA 92118-1473

The Rev. Trust of Chinyeh Rose Hostler
c/o Chinyeh Hostler, Trustee
1101 1st St. Ste 206
Coronado, CA 92118-1473

Thread Capital, Inc.
4021 Caya Dr.
Raleigh, NC 27610-2914

Time Payment
Attn: Officer/Managing Agent/Bankruptcy
Burlington, MA 01803-5274

Time Payment Corporation
ATTN: Officer/Managing Agent
200 Summit Dr. Ste 100
Burlington, MA 01803-5274

Time Payment Corporation ATTN: Officer/Manag
Burlington, MA 01803

TimePayment Corp.
200 Summit Drive Suite 100
Burlington, MA 01803-5274

Tiny Frog, Inc.
275 Cottle Lake Dr.
Coats, NC 27521-8769

Tri-Plaza, LLC
PO Box 40633
Raleigh, NC 27629-0633

U. S. Small Business Administratio North Car
6302 Fairview Rd. Ste 300
Charlotte, NC 28210-2234

U. S. Small Business Administration
North Carolina District Office
6302 Fairview Rd. Ste 300
Charlotte, NC 28210-2234

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite  2100
Raleigh, NC 27601-2959

U.S. Attorney
Attn: Civil Process Clerk
310 New Bern Ave., Ste. 800
Raleigh, NC 27601-1441

U.S. Attorney General
Attn: Managing Agent
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

U.S. Department of Labor
Wage and Hour Division
61 Forsyth St. SW, Room 7M80
Atlanta, GA 30303-8941

US Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461

Wake County Administration
P.O. Box 2331
Raleigh, NC 27602-2331

Wake County Revenue Dept.
Attn: Bankruptcy Notices
P.O. Box 2331
Raleigh, NC 27602-2331

Wake County Revenue Dept. Attn: Bankruptcy N
P.O. Box 2331
Raleigh, NC 27602-2331

Wertz Real Estate
c/o Chinyeh Hostler
1101 1st St. Suite 206
Coronado, CA 92118-1473

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance Funding Group
Attn: Brian Knox
17542 17th Street
Suite 200
Tustin, CA 92780

Ascentium Capital
ATTN: Officer/Managing Agent
23970 US 59
Kingwood, TX 77339

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

First Citizens Bank
ATTN: Default Litigation Manager
P. O. Box 25187
Raleigh, NC 27611-5187

(d)First-Citizens Bank & Trust Company
Attn: Bankruptcy Department
P.O. Box 25187
Raleigh, NC 27611

Headway Capital LLC
175 West Jackson Blvd., Suite 600
Chicago, IL 60604

IDEA Financial
c/o Justin Leto
800 NW 62nd Ave. Ste 750
Miami, FL 33126

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

Pawnee Leasing Corporation
3801 Automation Way Suite 207
3801 Automation Way Suite 207
Fort Collins, CO 80525

(d)Pawnee Leasing Corporation
ATTN: Officer/Managing Agent
3801 Automation Way Ste. 207
Fort Collins, CO 80501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alexis A. Ramos 275 Cottle Lake Dr. Coats,
Tustin, CA 92780American Commerce Bank
Bremen, GA 30110-1973
American Express
ATTN: Officer/Managing Agent
P.O. Box 7863

(u)CreditorAddressMatrix

(u)First Federal Bank

(d)Daryl J Gerber
511 Red Haven Road
Palmyra, PA 17078-8628

(u)Mike Gurkins
Country Boys Auction & Realty

(u)Dale B. Harris

(u)Mitsubishi HC Capital America, Inc.

(u)The Bancorp Bank

(u)U.S. Attorney General Attn: Managing Agent
950 Pennsylvania Ave. NW Washington, DC

(u)U.S. Department of Labor Wage and Hour Div
61 Forsyth St. SW, Room 7M80 Atlanta, GA

End of Label Matrix
Mailable recipients      85
Bypassed recipients      10
Total                    95