UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

TINY FROG, INC.,                      Case No.: 25-01081-5-JNC
                                                     Chapter 11
DEBTOR.

## AMENDED APPLICATION BY ATTORNEY FOR DEBTOR FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Amended Application of David F. Mills and Narron Wenzel, P.A., respectfully represents:

1. Applicant is the attorney for Tiny Frog, Inc., hereinafter "Debtor," retained to advise and direct the Debtor in performance of its duties and to assist the Debtor generally in procedure, investigation and other legal aspects in the administration of its estate, including the preparation and filing of the Petition for Relief under Chapter 11 filed on March 25, 2025. The Court confirmed the Debtor's Chapter 11 Plan on November 6, 2025.

2. The undersigned attorney makes this Application for final allowance of reasonable compensation for services rendered, and for reimbursement of reasonable and necessary expenses incurred in the case.

3. The applicant represents to the Court that said attorney is experienced in the field of bankruptcy and is duly qualified to render services to the Debtor. The Court authorized the applicant's employment by Order entered on April 22, 2025 [DE # 55].

4. The undersigned attorney, and some members of his firm, Narron Wenzel, P.A., Smithfield, North Carolina, have performed necessary and valuable legal services for the Debtor in connection with the matters required to be done by the Debtor in this case. A detailed description of the legal services rendered, including time spent and the date of rendering, is attached to this Application as **Exhibit A** and incorporated herein by reference. Exhibit A also includes a summary and detailed description of the reasonable and necessary costs and expenses which have been incurred by the undersigned attorney and disbursed by said attorney in this proceeding, including the date and nature of expenses, cost or disbursement.

5. After the filing of the petition commencing this case, no beneficial interest, direct or indirect, in any claims against the Debtor has been acquired or transferred by or on behalf of the undersigned attorney. No payments have been made or promised to the undersigned attorney for services rendered or to be rendered in connection with the case except as generally stated in the Disclosure of Compensation filed in the proceedings or as set forth below.

6. A detailed summary of the sums deposited by or on behalf of the Debtor, disbursed by the undersigned, and being held on deposit in the undersigned's trust account is attached as **Exhibit B** and incorporated by reference.

7. As of the date of this Application, the Court has previously allowed the undersigned compensation and fees in the amount of **$58,384.50.**

8. As of the date of this Application, the undersigned has received compensation for post-petition legal services in the amount of **$17,157.50.**

9. No agreement or understanding exists between the undersigned attorney and any other person for the sharing of compensation to be received, except as authorized by the rules and agreements among the members of his firm.

10. A list of the attorneys and staff members employed by Narron Wenzel, P.A., who have performed work in this case, their biographical data, and their hourly rates is attached as **Exhibit C** and incorporated by reference.

11. Travel time and attorney time spent preparing this Application has been billed at 1/2 the normal rate and mileage has been billed at no more than the Federal mileage allowance in effect at the time of the travel.

12. The services rendered, and expenses incurred by Counsel are fair and reasonable and are consistent with the multi-factor text set forth in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974). The focus of the *Johnson* analysis in this circuit is the allowable hours and a reasonable hourly rate, the "loadstar fee." *Daly v. Hill,* 790 F2d 1071 (4th Cir.) 1986).

13. The services rendered by the attorneys and staff of Narron Wenzel, P.A., have been necessary and of substantial value to the Debtor's estate. From August 1, 2025 to through November 18, 2025, the firm spent the following time performing reasonable and necessary legal services on behalf of the Debtor:

|  |  |
|---|---|
| David F. Mills: | 50.10 hours |
| Sunday Penny | 55.90 hours |
| Total: | 105.90 hours |

14. The undersigned attorney is informed and believes that the rates generally charged by other attorneys of comparable experience in this District equal or exceed the rates charged by the undersigned in connection with matters such as those involved in the present case.

15. The services rendered by Counsel have been of significant value to the Debtor, its estate, and to the interests of its primary secured lender.

16. The best interests of Debtor, its creditors and estate will be served by the allowance of this Application in full.

17. The total amount of compensation being sought by Applicant is **$29,238.00**.

18. The necessary and appropriate expenses incurred by the applicant total **$512.72.**

19. The Debtor has agreed that the applicant will be compensated at the hourly rate the Court may approve.

20. A proposed Order is attached as Exhibit D.

WHEREFORE, David F. Mills and Narron Wenzel, P.A., pray that they be allowed reasonable compensation in the amount of **$29,238.00** and reimbursement of expenses in the amount of **$512.72** as part of the cost and expense of administration of the Estate pursuant to Section 503, and for such other and further relief as to the Court seems just and proper.

This the 22nd day of December, 2025.

**NARRON WENZEL, P.A.**

By: /s/ David F. Mills
David F. Mills
N.C. State Bar No. 18326
Attorney for the Debtor
102 S. Third Street
P.O. Box 1567
Smithfield, NC 27577
Telephone: (919) 934-0049
Facsimile: (919) 938-1058
dmills@narronwenzel.com

EXHIBIT A

Primary Timekeeper: 20 Mills/David F.

**Client: 67352.252001 D Tiny Frog, Inc.**  Tiny Frog, Inc.
**Bankruptcy**
   c/o Alex Ramos
   275 Cottle Lake Drive
   Coats NC 27521

| | | | | |
|---|---|---|---|---|
| Primary Timekeeper: | 20 DFM | Category: | 50 Bankruptcy | |
| Secondary Timekeeper: | 20 DFM | Draft Template: | 1 | Rate Code: 1 |
| Originating Timekeeper: | 20 DFM | Final Template: | 1 | Date Opened: 02/26/2025 |
| Previous Balance: | 49,175.76 | | | |

Contact: Alex Ramos
Mobile: 910-984-0103
Email: aramos6108@gmail.com

| Date | Tkpr | B C | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|
| **Fees** | | | | | | |
| 08/01/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Review file for Order to Extend Time to File Plan; Email DFM dates he needed; |
| 08/01/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Review Monthly Report; Quarterly Fees on how DFM came to these figures; Add all 3 Part Cs to report; met with DFM to discuss figures; |
| 08/01/2025 | 29 SEP | | 150.00 | 0.50 | 0.00 | Investigate how to file Chapter 11 Bank statements with Bankruptcy Administrator per DFM (non-billable); |
| 08/01/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | File 3 June Bank Statements with Bankruptcy Administrator; |
| 08/01/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Print, Scan and File Certificate of Service, Order and Mailing Matrix with Bankruptcy Court; |
| 08/01/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Copy and mail Certificate of Service, Order and Mailing Matrix; |
| 08/02/2025 | 20 DFM | | 420.00 | 0.50 | 210.00 | Work on app for fees. |
| 08/03/2025 | 20 DFM | | 420.00 | 2.60 | 1,092.00 | Work on plan, liquidation analysis, payment schedule; review recently filed claims. |
| 08/04/2025 | 29 SEP | | 150.00 | 0.10 | 0.00 | Index Filed June 2025 Monthly Report to Worldox (non-billable); |
| 08/04/2025 | 29 SEP | | 150.00 | 0.10 | 0.00 | Index Certificate of Service for Order Allowing Use of Cash Collateral to Worldox (non-billable); |
| 08/04/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Revise Application of compensation and review new Trust ledger for DFM to review; Email DFM; |
| 08/04/2025 | 29 SEP | | 150.00 | 0.90 | 135.00 | Update mailing matrix; |
| 08/04/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Prepare Order for Application of Attorney Compensation and Reimbursement for DFM to review; Email to DFM; |
| 08/05/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email Sharon info on client to send wiring instructions to client; |
| 08/06/2025 | 20 DFM | | 420.00 | 1.00 | 420.00 | Review and work on 12 month projections from client to support plan. Review Bear Robotics situation regarding possible claim for estate. Review IRS amended claim and initiate objection; request supporting information from CPA. |
| 08/07/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Review IRS Proof of Claim to Worldox; |
| 08/07/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email IRS POC to DFM per his request; |
| 08/07/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email Kirstin Gardner with BA's office the June Bank Statements per her request; |
| 08/07/2025 | 20 DFM | | 420.00 | 0.70 | 294.00 | Communicate proposed treatment provisions to several secured creditors. |
| 08/07/2025 | 29 SEP | | 150.00 | 0.70 | 105.00 | Prepare draft of Objection to IRS Proof of claim ad Certificate of Service for DFM to review; Email to DFM; |
| 08/08/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review Thread Capital Proof of Claim and all the attachments to Worldox; |
| 08/11/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review Motion, Notice and Certificate of Service; Email Teresa to get updated bill and ledger on the account per DFM; |
| 08/11/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Review bill and expenses of account; revised Application for Compensation with new figures for DFM to review; Email DFM; |
| 08/11/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Revise Application for Compensation for DFM to review; Email to DFM; |
| 08/11/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Attach Exhibits to Application of Compensation; Scan Application, Exhibits, Notice, Certificate of Service, Mailing Matrix and Order; File all documents with Bankruptcy Court; |
| 08/11/2025 | 29 SEP | | 150.00 | 1.40 | 210.00 | Copied and Mail 59 Application for Compensation, Notice, Exhibits, Certificate of Service and Mailing Matrix; |
| 08/11/2025 | 20 DFM | | 420.00 | 1.50 | 630.00 | Email exchanges with client regarding projections, plan. Emails exchanges with various creditors regarding proposed treatment. Email exchange with M Kye regarding Mitsubishi security. Work on plan draft. |
| 08/12/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review NC Dept of Revenue proof of claims; Email DFM; |
| 08/12/2025 | 29 SEP | | 150.00 | 0.60 | 90.00 | Prepare Objection to Thread Capital Proof of Claim for DFM to review; Email DFM; |
| 08/12/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Revised Amended Application of Compensation for DFM to review; Email to DFM; |
| 08/12/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Phone call with Bankruptcy Court to help correct error in system; |
| 08/13/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Review Proof of Claim Johnston County Tax Collector to Worldox; |
| 08/13/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Upload 2 Orders with Bankruptcy Court; Error kept occurring; phone call with clerk at bankruptcy court to see what the error was; |
| 08/13/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email DFM Johnston County Tax Collector Proof of Claim; |
| 08/13/2025 | 20 DFM | | 420.00 | 1.50 | 630.00 | Examine Mitsubishi claim; email to counsel regarding problems with perfection and |

Primary Timekeeper: 20 Mills/David F.

Client: 67352.252001 D Tiny Frog, Inc. *(Continued)*

| Date | Tkpr | B C | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | attachment. Revise plan. Examine IRS claims and compare to notes from CPA. |
| 08/14/2025 | 20 DFM | | 420.00 | 1.50 | 630.00 | Work on disclosure statement. Review prepetition payment for potential preferences. |
| 08/15/2025 | 29 SEP | | 150.00 | 1.50 | 225.00 | Prepare Excel Spreadsheet of client's Plan payments per DFM request; Email to DFM for review; |
| 08/16/2025 | 20 DFM | | 420.00 | 0.50 | 210.00 | Work on plan; revenue and expense projections. |
| 08/18/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Index Order Allowing Compensation of Country Boys to Worldox; |
| 08/18/2025 | 29 SEP | | 150.00 | 0.90 | 135.00 | Prepare Certificate of Service for Order Approving Compensation for Professional; Copy and mail 59 creditors; |
| 08/18/2025 | 29 SEP | | 150.00 | 0.90 | 135.00 | Prepare Certificate of Service for Order Allowing Motion to Assume Leases; Copy and Mail Certificate of Service to 59 creditors; |
| 08/18/2025 | 29 SEP | | 150.00 | 0.20 | 15.00 | File Certificate of Service for Order Allowing Motion to Assume Leases with Bankruptcy Court; |
| 08/18/2025 | 29 SEP | | 150.00 | 0.70 | 105.00 | Revise Objection to Proof of claim; Prepare draft of Notice to Object for DFM to review; Email DFM; |
| 08/18/2025 | 20 DFM | | 420.00 | 0.60 | 252.00 | Communicate with client regarding compressor repairs; work on plan and projections. |
| 08/19/2025 | 29 SEP | | 150.00 | 0.20 | 15.00 | File Order of Final Cash Collateral Order to Bankruptcy Court; |
| 08/19/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email client to let him know that he doesn't have to appear in court tomorrow per DFM request; |
| 08/19/2025 | 29 SEP | | 150.00 | 0.20 | 60.00 | File Objection to Proof of Claim #33 -Thread Capital, Inc. with Bankruptcy Court and serve; |
| 08/19/2025 | 20 DFM | | 420.00 | 0.50 | 210.00 | Prepare final cash collateral order; circulate and upload. Resolve unexpired lease motion. |
| 08/20/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Index Final Order on Motion for Cash Collateral to Worldox; |
| 08/20/2025 | 29 SEP | | 150.00 | 0.60 | 90.00 | Prepare Certificate of Service; Copy and Mail Certificate of Service, Order and Mailing Matrix to 53 parties; |
| 08/20/2025 | 20 DFM | | 420.00 | 4.20 | 1,764.00 | Work on plan; disclosure statement; supporting attachments. Forward to client for final review. |
| 08/21/2025 | 20 DFM | | 420.00 | 0.30 | 126.00 | Communicate with client; file plan and disclosure statement. |
| 08/24/2025 | 20 DFM | | 420.00 | 0.70 | 294.00 | Identify possible preferences; request additional information from Alex. |
| 08/25/2025 | 29 SEP | | 150.00 | 2.30 | 480.00 | Prepared Ballots for 27 creditors; Certificate of Service; |
| 08/25/2025 | 20 DFM | | 420.00 | 0.20 | 84.00 | Work on ballots for plan confirmation. |
| 08/26/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email Teresa to see if client has made payment of $3000.00 to pay auctioneer; |
| 08/26/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review file in worldox for June monthly report to see how much the client owes in quarterly payments; Email DFM; |
| 08/26/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Phone call with client regarding the quarterly fees; Client said had funds transferred a week ago; Email DFM; |
| 08/26/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Revised Certificate of Service and ballots for DFM to review; |
| 08/26/2025 | 20 DFM | | 420.00 | 0.70 | 294.00 | Work on ballots to be served. |
| 08/27/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Email from Teresa responding to my email about if we have received the client's quarterly fees; Email client, copy DFM; |
| 08/27/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email from Alex Ramos provide copy of Teller Cashed Check/Withdrawal of $17,408.00; Email Alex Ramos; |
| 08/27/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Conversation with Sharon about the funds being found; email to Alex Ramos letting him know funds found and will forward to BA's office; |
| 08/27/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Prepare Notice of Quarterly Fees Paid for DFM to review; Email DFM; |
| 08/27/2025 | 20 DFM | | 420.00 | 0.50 | 210.00 | Direct service of ballots, plan, etc. Follow up on payment of quarterly judicial fees. |
| 08/27/2025 | 29 SEP | | 150.00 | 2.50 | 375.00 | Copy plan and disclosure for ballots to be mailed 61 parties on mailing matrix; |
| 08/28/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Revised Certificate of Service and reprint Mailing Matrix; |
| 08/28/2025 | 29 SEP | | 150.00 | 4.00 | 600.00 | Organize and Mail Order, Disclosure, Plan, Ballot, Certificate of Service and Mailing Matrix for 51 creditors in case; |
| 08/29/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Revise Notice of Quarterly Fees Paid; Scan and index Notice of Quarterly Fees Paid; File Quarterly Fees Paid with Bankruptcy Court; Paid quarterly fees of $17408.00 with Bankruptcy Court; Print receipt of fees; Scan and index receipt to worldox; Gave receipt to Teresa; |
| 09/03/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review Bankruptcy Administrator's Motion to Extend Time to Respond to Application for Compensation for Attorney Fees to Worldox; Email document to DFM to review; |
| 09/04/2025 | 29 SEP | | 150.00 | 2.10 | 375.00 | Prepare Ballot Report from Tiny Frog's Plan for each creditor listed on the plan; |
| 09/04/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Index The Little Mint ballot accepting the terms of the plan to Worldox; Update date Ballot Report to include; |
| 09/05/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Index Order on Motion to Extend Time to Worldox; |
| 09/05/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Phone call with Alex Ramos about the monthly report; Email DFM to let him know; |
| 09/05/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email DFM statement from NCEB ECF Activity for today regarding exhibits filed back in March and how to handle exhibits now; |
| 09/05/2025 | 29 SEP | | 150.00 | 0.40 | 30.00 | Draft Statement Regarding Exhibits to DFM for review; Email DFM; |
| 09/09/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Phone Call from Dale Harris regarding his fees; let him know the Application for |

Primary Timekeeper: 20 Mills/David F.

Client: **67352.252001 D  Tiny Frog, Inc.**  *(Continued)*

| Date | Tkpr | B C | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | Compensation needs to be filed; Email DFM; |
| 09/09/2025 | 29 SEP | | 150.00 | 0.80 | 120.00 | Draft Application for Compensation for Dale Harris, Notice, Order, and Certificate of Service for DFM to review; Email DFM; |
| 09/09/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Put bank statements and Part C forms together; Scan and Index documents to Worldox; File July 2025 Monthly Report with Bankruptcy Court; Email July 2025 Monthly Report and Bank Statements with Part C to each account to rick Hinson with Bankruptcy Administrator's Office; |
| 09/09/2025 | 20 DFM | | 420.00 | 0.30 | 126.00 | Review and revise application for interim compensation of CPA. |
| 09/10/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Revise Application for Compensation for Dale Harris, CPA for DFM to review; Email DFM; |
| 09/10/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Revise Order for Application of Compensation for DFM to review; Email DFM; |
| 09/10/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | File 2nd Interim Application for Compensation for Dale Harris, CPA with Bankruptcy Court; |
| 09/10/2025 | 29 SEP | | 150.00 | 0.90 | 135.00 | Copy and serve Application for Compensation for Dale Harris, CPA; 57 copies; |
| 09/10/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Phone call with Dale Harris, CPA letting him know the 2nd Interim Application for Compensation has been filed; Email Application for Compensation to Dale Harris; |
| 09/10/2025 | 20 DFM | | 420.00 | 0.10 | 42.00 | Reminder to client to pay real estate lease payments. |
| 09/11/2025 | 29 SEP | | 150.00 | 0.30 | 60.00 | Draft Supplement to Fee Application for DFM to review; Email DFM; |
| 09/12/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Sent July 2025 Monthly Report and Bank Statements to Bankruptcy Administrator's website; |
| 09/16/2025 | 20 DFM | | 420.00 | 0.20 | 84.00 | Telephone conference with C Hostler regarding lease payments; email to her counsel. |
| 09/17/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email Alex Ramos as to when the August monthly report will be done and to let him know the September monthly report is due as well; CC DFM; |
| 09/17/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Review Objection to Claim George's Body Shop and Attachment to Worldox; |
| 09/17/2025 | 20 DFM | | 420.00 | 0.10 | 42.00 | Follow up with P Keenan regarding availability for appraisal. follow up with client regarding monthly reports. |
| 09/18/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Update Ballot Report adding TimePayment Corporation on 2 separate ballots; Scan Ballots and index into Worldox; |
| 09/18/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Prepare Certificate of Service for Order Allowing Application by Attorney for Debtor For Interim Allowance of Compensation and Reimbursement of Expenses; |
| 09/18/2025 | 29 SEP | | 150.00 | 0.60 | 90.00 | Copy and mail Certificate of Service, Order and Mailing Matrix to 52 parties; |
| 09/18/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Email Alex Ramos about order being filed and balance due; CC DFM; |
| 09/18/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Review Alliance Funding Group 10 Ballots and added them to the Ballot report; |
| 09/18/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email DFM to let him know about the Alliance Funding Group Ballots came in and updated him of the ballots entered onto the Ballot Report and Scan to Worldox; |
| 09/18/2025 | 29 SEP | | 150.00 | 0.60 | 30.00 | Scan and Index Alliance Funding Group 10 Ballots to Worldox; |
| 09/18/2025 | 20 DFM | | 420.00 | 0.20 | 84.00 | Work on ballot report. |
| 09/22/2025 | 20 DFM | | 420.00 | 0.20 | 84.00 | Telephone conference with Janvier regarding principle litigation; review ballots. |
| 09/24/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Update Claim Registry with Wake County Administrator Proof of claim; |
| 09/24/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email from DFM asked for the Proof of claim filed by Wake County Administrator be emailed to him; Email DFM; |
| 09/24/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Email from DFM regarding the Deficiency Notice on David Haidt; Review file in Worldox; Review file in Bankruptcy Court Website; Called Bankruptcy Court and verified that it is for DFM; |
| 09/24/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Draft Order Allowing Objection to Claim to Thread Capital for DFM to review; Email DFM; |
| 09/24/2025 | 20 DFM | | 420.00 | 0.20 | 84.00 | Revise, finalize and upload order on claim objection. Review ballots received. |
| 09/28/2025 | 20 DFM | | 420.00 | 0.40 | 168.00 | Review and revise August 2025 report; file; submit statements to BA. |
| 10/01/2025 | 20 DFM | | 420.00 | 2.20 | 924.00 | Prepare and file Motion to Continue. Update and revise ballot report. Respond to BA questions about CPA fee application. |
| 10/03/2025 | 11 ADM | | 125.00 | 1.30 | 162.50 | Prepare Certificate of Service and Mailing Matrix and Distribute to Matrix; |
| 10/05/2025 | 20 DFM | | 420.00 | 0.40 | 168.00 | Work on July and August monthly reports and respond to BA questions. |
| 10/06/2025 | 11 ADM | | 125.00 | 1.00 | 125.00 | Prepare Certificate of Service and Mailing Matrix to All Creditors; |
| 10/06/2025 | 11 ADM | | 125.00 | 0.10 | 12.50 | File Certificate of Service on Motion to Continue Hearing with Bankruptcy Court; |
| 10/10/2025 | 20 DFM | | 420.00 | 0.70 | 294.00 | Review equipment appraisal; Telephone conference with P Keenan regarding same. Email to Palmersham regarding AFG's support for plan. |
| 10/13/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Update DFM calendar for objection to confirmation filed by the Bankruptcy Administrator, First Federal Bank and Mitsubishi HC Capital America, Inc.; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Review Objection to Confirmation of Plan filed by the Bankruptcy Administrator to Worldox; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review Objection to Confirmation of Plan and attachments filed by First Federal Bank to Worldox; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Review Objection to Confirmation of Plan filed by Mitsubishi HC Capital America, Inc. to Worldox; |

Labs - Legal Work-In-Process Report
NARRON WENZEL, P.A.

Primary Timekeeper: 20 Mills/David F.

Client: 67352.252001 D Tiny Frog, Inc. *(Continued)*

| Date | Tkpr | BC | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|
| 10/13/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email DFM Objections to Confirmation filed by the Bankruptcy Administrator, First Federal Bank and Mitsubishi to review; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Prepare Certificate of Service for Order to Continue Confirmation Hearing; Filed Certificate of Service, Order and Mailing Matrix with Bankruptcy Court; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Copy and mail Certificate of Service, Order and Mailing Matrix; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Prepare Certificate of Service for Order Allowing Interim Compensation of Dale Harris, CPA; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | File Certificate of Service, Order Allowing Interim compensation of Dale Harris, CPA and mailing matrix with Bankruptcy Court; |
| 10/13/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Copy and mail Certificate of Service, Order Allowing Compensation for Dale Harris, CPA and Mailing Matrix; |
| 10/15/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Phone call from Alex Ramos about court scedule; |
| 10/16/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review Amended Objection to Confirmation filed by First Federal to Worldox; Email DFM Amended Objection to review; |
| 10/16/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Review file in worldox to verify if we have received September 2025 monthly report and bank statements; Email Alex Ramos request for the September 2025 monthly report and bank statements; |
| 10/20/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Email all Objections to Confirmation of Plan to DFM per his request; |
| 10/20/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Email DFM all 14 ballots and ballot report on Tiny Frog, Inc. to review; Update ballot report for review; |
| 10/20/2025 | 20 DFM | | 420.00 | 3.00 | 1,260.00 | Work on ballot report; preparation for confirmation; email to objecting counsel regarding resolution proposals. |
| 10/21/2025 | 20 DFM | | 420.00 | 0.30 | 126.00 | Email exchanges with P Keenan regarding lien priorities; follow up with AFG regarding plan support. |
| 10/22/2025 | 20 DFM | | 420.00 | 2.00 | 840.00 | Work on amended plan; prepare for confirmation hearing; communication with several creditor counsel. |
| 10/23/2025 | 20 DFM | | 420.00 | 2.70 | 1,134.00 | Meeting with client to prepare for confirmation hearing. Work on revisions to plan. Communication with objecting creditors to negotiate acceptable terms. |
| 10/23/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Phone call with Alex Ramos with Tiny Frog about the Quarterly Fees Report due; |
| 10/26/2025 | 20 DFM | | 420.00 | 2.20 | 924.00 | Prepare for confirmation hearing; follow up with objecting creditors. |
| 10/27/2025 | 29 SEP | | 150.00 | 0.50 | 75.00 | Review Ballots for Ballot Report and get ready to file; |
| 10/27/2025 | 29 SEP | | 150.00 | 1.50 | 225.00 | Prepare Notebook for Court; prepare labels; Print documents; |
| 10/27/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Scan and index Ballot Report and Ballots to Worldox; File Ballot Report and Ballots with Bankruptcy Court; |
| 10/27/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Phone call from Pam Keenan, Esq. with First Federal Bank wanting to talk with DFM about Tiny Frog; Enote DFM; |
| 10/27/2025 | 20 DFM | | 420.00 | 7.40 | 3,108.00 | Prepare for confirmation hearing. Communications with several creditors to obtain support of plan. Finalize accepting ballots and report. |
| 10/28/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Scan and file Amended Ballot Report with all Ballots with Bankruptcy Court; |
| 10/28/2025 | 29 SEP | | 150.00 | 2.30 | 345.00 | Prepare draft of Order Confirming Plan for DFM to review; Email to DFM; |
| 10/28/2025 | 20 DFM | | 420.00 | 3.50 | 1,470.00 | Prepare for confirmation hearing; file amended ballot report and plan. Meeting with client. Appearance at hearing on confirmation. |
| 10/28/2025 | 20 DFM | | 210.00 | 2.40 | 504.00 | Travel to Greenville for confirmation hearing. |
| 10/30/2025 | 29 SEP | | 150.00 | 0.20 | 30.00 | Receive, review and index Audio File on 10/28/25 hearing; Email DFM; |
| 10/30/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Organize September 2025 Monthly Report; Scan and file September 2025 Monthly Report with Bankruptcy Court; |
| 10/30/2025 | 20 DFM | | 420.00 | 2.50 | 1,050.00 | Review and revise confirmation order; circulate it to involved parties. Review and revise September monthly report and calculate judicial fees. |
| 10/31/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Receive, review and index September 2025 Monthly Report to Worldox; |
| 10/31/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Prepare Notice of Quarterly Fees Paid for DFM to review; |
| 10/31/2025 | 29 SEP | | 150.00 | 0.30 | 45.00 | Filed Notice of Quarterly Fees Paid with Bankruptcy Court; Paid Quarterly Fees with Bankruptcy Court; |
| 11/03/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | Phone from Dale Harris, CPA want to send invoice information to prepare the Application of Compensation on his behalf; |
| 11/03/2025 | 20 DFM | | 420.00 | 0.40 | 168.00 | Finalize and upload confirmation order. |
| 11/04/2025 | 29 SEP | | 150.00 | 2.50 | 375.00 | Prepared Payment Spreadsheet showing what has to paid, the amount, when payments are due, and where payments are to be sent using the Final Restated Plan for DFM to review; Email DFM; |
| 11/05/2025 | 29 SEP | | 150.00 | 0.10 | 15.00 | File Notice of Quarterly Fees Paid with Bankruptcy Court; |
| 11/05/2025 | 29 SEP | | 150.00 | 0.70 | 105.00 | Prepare draft of Third Application for Compensation for Dale Harris, CPA, Notice, Certificate of Service and Order for DFM to review; Email DFM; |
| 11/05/2025 | 29 SEP | | 150.00 | 0.40 | 60.00 | Review file in Worldox for total amount that Dale Harris has been paid on both Application of Compensation; Revise Order; |
| 11/05/2025 | 29 SEP | | 150.00 | 1.50 | 225.00 | Prepare Unsecured Claim Spreadsheet for DFM; Email to DFM; |
| 11/05/2025 | 20 DFM | | 420.00 | 0.70 | 294.00 | Review and revise application for CPA fees; work on calculation of unsecured |

Primary Timekeeper: 20 Mills/David F.

Client: **67352.252001 D  Tiny Frog, Inc.**  *(Continued)*

| Date | Tkpr | B C | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|---|
| 11/07/2025 | 29  SEP | | 150.00 | 0.40 | 60.00 | Prepare Certificate of Service for Order Confirmation Plan and final Restated Plan of Reorganization; |
| 11/07/2025 | 29  SEP | | 150.00 | 1.10 | 165.00 | Copy and mail Certificate of Service, Order Confirming Plan, New Plan and Mailing Matrix to all parties on Mailing Matrix; |
| 11/12/2025 | 29  SEP | | 150.00 | 1.00 | 150.00 | Copy and mail Third Interim Application for Compensation of Dale Harris, CPA, Notice, Invoices, Certificate of Service and Mailing Matrix to all parties on Mailing Matrix; |
| 11/17/2025 | 29  SEP | | 150.00 | 0.10 | 15.00 | File supplement of filing on Order Allowing Dale Harris, CPA Compensation with Bankruptcy Court; |
| 11/18/2025 | 20  DFM | | 420.00 | 0.50 | 210.00 | Respond to Pawnee Leasing regarding demand for payment. |
| **Total Billable Fees** | | | | 108.40 | 29,238.00 | |
| Billable Total: | 11 ADM | | | 2.40 | 300.00 | |
| Billable Total: | 20 DFM | | | 50.10 | 20,538.00 | |
| Billable Total: | 29 SEP | | | 55.90 | 8,400.00 | |

**Expenses**

| Date | Tkpr | | Rate | | Amount | Description |
|---|---|---|---|---|---|---|
| 08/28/2025 | 20 DFM | | | | 181.56 | Postage - First Class Mail; |
| 10/06/2025 | 20 DFM | | 0.740 | | 31.82 | Postage - Certified mail; Mass Mailing |
| **Total Billable Expenses** | | | | | 213.38 | |

**Advances**

| Date | Tkpr | | Rate | | Amount | Description |
|---|---|---|---|---|---|---|
| 08/11/2025 | 20 DFM | | 2.440 | | 143.96 | UPS charges; Mass Mailing |
| 10/13/2025 | 20 DFM | | 0.740 | | 64.38 | UPS charges; for mass mailing |
| 10/28/2025 | 20 DFM | | | | 91.00 | David F. Mills, Esquire travel to Greenville |
| **Total Billable Advances** | | | | | 299.34 | |

### RECAP

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 29,238.00 | | | | |
| Expenses: | 213.38 | Previous Balance: | 49,175.76 | | |
| Advances: | 299.34 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | 29,750.72 | **Balance Due:** | 49,175.76 | Total: | 78,926.48 |
| Other WIP: Hours: | 1.20 | Fees: 315.00 | Exps: 0.00 | Advs: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 16,761.00 | 0.00 | 0.00 | 32,414.76 | 0.00 | 0.00 |

| Billing History | Hours | Fees | Expenses | Advances | Fin. Charge | Payments |
|---|---|---|---|---|---|---|
| Billable: | 265.00 | 71,781.00 | 87.16 | 36,476.60 | 0.00 | 59,169.00 |
| Non-Billable: | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Last Statement: 11/21/2025 | | Last Payment: 11/21/2025 | | Last Payment Amount: | | 16,761.00 |

**Trust Account Information:**     Your trust account balance is:     2,671.00

**Client Trust Ledger**
NARRON WENZEL, P.A.

EXHIBIT B

**Attorney: 20 Mills/David F.**     From 08/01/2025 Thru 11/18/2025

67352.252001-1  Tiny Frog, Inc.
Bankruptcy

| Date | Check # | Description | Amount | Balance | Payee |
|---|---|---|---|---|---|
| | | **Opening Balance:** | | $9,886.50 | |
| 08/06/2025 | Deposit | Deposit # 66397571 - First Citizens Bank Made a Transfer From Tiny Frog, Inc. Account to NW Trust Account Without Notifying us (Quarterly Fees) | 17,408.00CR | 27,294.50 | |
| 09/02/2025 | 17361 | Quarterly Fees | 17,408.00DB | 9,886.50 | Narron Wenzel, P.A. |
| 09/18/2025 | 17381 | Legal Services | 9,886.50DB | 0.00 | Narron Wenzel, P.A. |
| 10/27/2025 | Deposit | First Citizens Bank Made a Transfer from Tiny Frog, Inc. Account to NW Trust Account Without Notifying us (Quarterly Fees) | 22,432.00CR | 22,432.00 | |
| | | **Total Deposits:** | 39,840.00CR | | |
| | | **Total Checks:** | 27,294.50DB | | |
| | | **Closing Balance:** | | $22,432.00 | |

Client Trust Ledger
NARRON WENZEL, P.A.

**Attorney: 20 Mills/David F.**  From 08/01/2025 Thru 11/18/2025

|  | **Grand Totals:** | **Opening Balance:** |  | $9,886.50 |
|---|---|---|---|---|
|  |  | Total Deposits: | 39,840.00CR |  |
|  |  | Total Checks: | 27,294.50DB |  |
|  |  | Closing Balance: |  | $22,432.00 |

| Bank Account | Opening Balance | Debits | Credits | Closing Balance |
|---|---|---|---|---|
| 1 Firm - Trust Account #1 | 9,886.50 | 27,294.50 | 39,840.00 | 22,432.00 |

The Bank Account totals do not include unpaid checks or pending transactions.

# EXHIBIT C
## Attorney and Staff Listing

| Staff | Position | Education and Experience | Hourly Rate |
|---|---|---|---|
| David F. Mills | Attorney | N.C. State Bar Certified Specialist, Business Bankruptcy Law. B.A., J.D. Graduated from the Campbell University School of Law in 1991. Admitted to practice in September 1991 by the N.C. State Bar. Admitted to the bar of the U.S. District Court for the Eastern District of N.C., 1991; the Middle District of N.C. 2003 and the Western District of N.C. in 2017. Admitted to the Fourth Circuit Court of Appeals in October 1993. Actively practicing law since 1991. Approximately 90% of his time is devoted to bankruptcy. Former Adjunct Professor of Law at Campbell School of Law and Director of the Stubbs Bankruptcy Clinic. | $420.00 |
| Sunday Penny | Paralegal | A Bankruptcy Paralegal in the Middle District of NC with Richard Hutson, III, Chapter 13 Trustee for 5 years. A Bankruptcy Paralegal in the Eastern District of NC since 1995 working with high volume firms handling debtors pre-petition and post-petition Chapter 13 and Chapter 7 Cases. Creditor Bankruptcy Paralegal and Courtroom Deputy clerk for Shauna Staton, Chapter 7 Trustee. Experience in interviewing clients, preparing documents for Chapter 13 and Chapter 7 Bankruptcy and preparing creditor documents. | $150.00 |

{N0591189.DOCX; 1}

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

TINY FROG, INC.,            CASE NO: 25-01081-5-JNC
                                                                   CHAPTER 11
       DEBTOR

## ORDER ALLOWING AMENDED APPLICATION BY ATTORNEY FOR DEBTOR FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon applications by David F. Mills of Narron Wenzel, P.A., attorney for the Debtor, for approval of attorney's fees and expenses, and it appearing to the Court that the Application should be allowed as follows:

1. David F. Mills and the law firm of Narron Wenzel P.A. (the attorney"}, is the attorney for the Debtor.

2. The attorney and other members of the law firm have performed necessary valuable legal services for the Debtor.

3. The Application is fair and reasonable.

4. The attorney has incurred reasonable fees in the amount of $29,238.00 and necessary, reasonable expenses in the amount of $512.72 for the period of August 1, 2025 to November 18, 2025.

NOW, THEREFORE, it is ORDERED that Attorney is ALLOWED reasonable final compensation in the amount of $29,238.00 and reimbursement of expenses in the amount of $512.72 as part of the costs and expenses of administration pursuant to Section 503.

**End of Document.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

TINY FROG, INC.,                         Case No.: 25-01081-5-JNC
                                                       Chapter 11
           DEBTOR.

### NOTICE OF AMENDED APPLICATION FOR FINAL COMPENSATION

NOTICE IS HEREBY GIVEN that David F. Mills of Narron Wenzel, P.A., duly approved counsel for the Debtor, has filed an Amended Application for Final Allowance of Compensation and Reimbursement of Expenses as follows:

Bankruptcy Counsel seeks allowance of compensation in the amount of **$29,238.00** and reimbursement of expenses totaling **$512.72** for the period of **August 1, 2025 to November 18, 2025.**

Further notice is hereby given that the Application for Compensation and Reimbursement of Expenses filed by Narron Wenzel, P.A., may be allowed, provided no objections by parties in interest are filed with this Court in writing and no request for hearing is made within **twenty-one (21)** days of the date of this notice. If objections are filed by a party in interest and a hearing is requested, the hearing will be held on said objection at a date, time and place to be set by the Court, and the attorney for the Debtor and the objecting parties will be notified accordingly. If no request for a hearing is made within the time indicated, the application may be approved by this Court *ex parte* without further notice.

This the 22nd day of December, 2025.

                                                                    **NARRON WENZEL, P.A.**

                                                                    By: */s/ David F. Mills*
                                                                           David F. Mills
                                                                           N.C. State Bar No. 18326
                                                          Attorney for the Debtor
                                                          102 S. Third Street
                                                          P.O. Box 1567
                                                          Smithfield, NC 27577
                                                          Telephone: (919) 934-0049
                                                          Facsimile: (919) 938-1058
                                                          dmills@narronwenzel.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

TINY FROG, INC.,                                        Case No.: 25-01081-5-JNC
                                                        **Chapter 11**

DEBTOR.

**CERTIFICATE OF SERVICE**

I, David F. Mills, of P.O. Box 1567, Smithfield, North Carolina 27577, do certify that I am and was at all times herein referred more than eighteen (18) years of age; and that on December 22, 2025, I served a copy of the Amended **Application by Attorney for Final Allowance of Compensation and Reimbursement of Expenses** and Notice thereof on the following:

**VIA CM/ECF**
Brian C. Behr
Bankruptcy Administrator

All creditors registered to receive notice via CM/ECF in this matter.

**VIA FIRST CLASS MAIL**
Tiny Frog, Inc.
275 Cottle Lake Dr.
Coats, NC 27521-8769

Further, I served the Notice of Application on all parties via First Class Mail as shown on the attached mailing matrix.

I certify the above to be true and correct.

This the 22nd day of December, 2025.

**NARRON WENZEL, P.A.**

By: */s/ David F. Mills*
    David F. Mills
    N.C. State Bar No. 18326
Attorney for the Debtor
102 S. Third Street
P.O. Box 1567
Smithfield, NC 27577
Telephone: (919) 934-0049
Facsimile: (919) 938-1058
dmills@narronwenzel.com

```
Label Matrix for local noticing          (p)BANKRUPTCY ADMINISTRATOR EDNC         The Little MFC, Inc.
0417-5                                    434 FAYETTEVILLE STREET                 102 Commercial Avenue
Case 25-01081-5-JNC                       SUITE 640                               Mount Olive, NC 28365-8695
Eastern District of North Carolina        RALEIGH NC 27601-1888
Raleigh
Mon Jun  9 17:56:46 EDT 2025

Tiny Frog, Inc.                           Tri Plaza, LLC                          U. S. Bankruptcy Court
275 Cobble Lake Dr.                       PO Box 40633                            300 Fayetteville Street, 4th Floor
Coats, NC 27521-8769                      Raleigh, NC 27629-0633                  P.O. Box 791
                                                                                  Raleigh, NC 27602-0791


Alexis A. Ramos                           Alliance Funding Group, ISAOA           American Commerce Bank
275 Cobble Lake Dr.                       ATTN: Officer/Managing Agent            ATTN: Officer/Managing Agent
Coats, NC 27521-8769                      1854 17th Street Ste. 200               400 US Highway 27 Bypass
                                          Tustin, CA 92780                        Bremen, GA 30110-1973


American Express                          American Express National Bank          (p)ASCENTIUM CAPITAL
ATTN: Officer/Managing Agent              c/o Becket and Lee LLP                  ATTN BANKRUPTCY
P.O. Box 7863                             PO Box 3001                             23970 US 59 NORTH
Fort Lauderdale, FL 33329-7863            Malvern  PA 19355-0701                  KINGWOOD TX 77339-1535


Bear Robotics, Inc.                       Business Expansion Funding Corporation  Daryl J. Gerber
ATTN: Officer/Managing Agent              ATTN: Officer/Managing Agent            511 Red Haven Rd.
16650 Westgrove Dr. Ste. 175              5970 Fairview Rd. Ste 218               Palmyra, PA 17078-8628
Addison, TX 75001-5669                    Charlotte, NC 28210-3124


Ed Swope                                  Egypt Crossing, LLC                     (p)FIRST CITIZENS BANK TRUST COMPANY
3986 Linville Edom Rd.                    ATTN: Officer/Managing Agent            P O BOX 25187
Linville, VA 22834-2344                   700 Exposition Place Ste 131            RALEIGH NC 27611-5187
                                          Raleigh, NC 27615-1561


First Federal Bank                        First Federal Bank                      Harnett County Tax Department
Attn: Managing Agent                      PO Box 1049                             ATTN:  Officer/Managing Agent
P.O. Box 1049                             Dunn, NC 28335-1049                     305 W. Cornelius Harnett Blvd., Ste. 101
Dunn, NC 28335-1049                                                               Lillington, NC 27546-6195


Headway Capital                           (p)IDEA 247 INC D B A IDEA FINANCIAL    Idea 247, Inc.
ATTN: Officer/Managing Agent              800 NW 62 AVENUE                        c/o Weltman, Weinberg & Reis Co., LPA
470 W. Daybreak Pkwy Ste 200              SUITE 750                               5990 West Creek Road, Suite 200
South Jorden, UT 84009                    MIAMI FL 33126-5055                     Independence, OH 44131-2191


Internal Revenue Service                  Johnston County Tax Collector           Knightdale Crossing, LLC
Attn: Managing Agent/Officer/Bankruptcy   Attn: Managing Agent                    ATTN: Officer/Managing Agent
P. O. Box 7346                            P.O. Box 451                            P. O. Box 40633
Philadelphia, PA 19101-7346               Smithfield, NC 27577-0451               Raleigh, NC 27629-0633


Lee County Tax Collector                  Lexi Gray Property Management           Mitsubishi HC Capital America, Inc.
ATTN: Officer/Managing Agent              ATTN: Officer/Managing Agent            ATTN: Officer/Managing Agent
106 Hillcrest Drive                       2719 Graves Dr. Bldg 21                 PO Box 1880
Sanford, NC 27330-4021                    Goldsboro, NC 27534-4550                Minneapolis, MN 55480-1880
```

| | | |
|---|---|---|
| NC Department of Commerce<br>Division of Employment Security<br>PO Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>Office Services Division Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Pamela P. Keenan<br>Kirschbaum, Nanney, Keenan & Griffin, P.<br>PO Box 19766<br>Raleigh, NC 27619-9766 |
| (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Retail Data Systems of Hospitality<br>ATTN: Officer/Managing Agent<br>4616 S. Main St.<br>Acworth, GA 30101-5462 | Rise Alliance<br>ATTN: Officer/Managing Agent<br>22 W 38th St.<br>New York, NY 10018-0536 |
| Small Business Administration<br>South Carolina District Office<br>1835 Assembly St. Ste 1425<br>Columbia, SC 29201-2453 | Sysco Raleigh, LLC<br>ATTN: Officer/Managing Agent<br>1032 Baugh Road<br>Selma, NC 27576-9105 | TCP Leasing, Inc.<br>ATTN: Officer/Managing Agent<br>8364 Six Forks Rd. Ste 102<br>Raleigh, NC 27615-5085 |
| The Bancorp Bank<br>ATTN: Officer/Managing Agent 409 Silvers<br>Wilmington, DE 19809-1771 | The Bankcorp Bank<br>ATTN: Officer/Managing Agent<br>409 Silverside Rd.Ste 105<br>Wilmington, DE 19809-1771 | The Rev. Trust of Chinyeh Rose H c/o Chinyeh<br>1101 1st St. Suite 206<br>Coronado, CA 92118-1473 |
| The Rev. Trust of Chinyeh Rose Hostler<br>c/o Chinyeh Hostler, Trustee<br>1101 1st St. Ste 206<br>Coronado, CA 92118-1473 | Time Payment<br>Attn: Officer/Managing Agent/Bankruptcy<br>Burlington, MA 01803-5274 | Time Payment Corporation<br>ATTN: Officer/Managing Agent<br>200 Summit Dr. Ste 100<br>Burlington, MA 01803-5274 |
| Time Payment Corporation ATTN: Officer/Manag<br>Burlington, MA 01803 | TimePayment Corp.<br>200 Summit Drive Suite 100<br>Burlington, MA 01803-5274 | U. S. Small Business Administratio North Car<br>6302 Fairview Rd. Ste 300<br>Charlotte, NC 28210-2234 |
| U. S. Small Business Administration<br>North Carolina District Office<br>6302 Fairview Rd. Ste 300<br>Charlotte, NC 28210-2234 | U.S. Attorney<br>Attn: Civil Process Clerk<br>150 Fayetteville Street, Suite  2100<br>Raleigh, NC 27601-2959 | U.S. Attorney<br>Attn: Civil Process Clerk<br>310 New Bern Ave., Ste. 800<br>Raleigh, NC 27601-1441 |
| U.S. Attorney General<br>Attn: Managing Agent<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | U.S. Department of Labor<br>Wage and Hour Division<br>61 Forsyth St. SW, Room 7M80<br>Atlanta, GA 30303-8931 | Wake County Revenue Dept.<br>Attn: Bankruptcy Notices<br>P.O. Box 2331<br>Raleigh, NC 27602-2331 |
| Wake County Revenue Dept. Attn: Bankruptcy N<br>P.O. Box 2331<br>Raleigh, NC 27602-2331 | Wertz Real Estate<br>c/o Chinyeh Hostler<br>1101 1st St. Suite 206<br>Coronado, CA 92118-1473 | Alexis Ramos<br>275 Coffee Lake Drive<br>Coats, NC 27521-8769 |
| David F. Mills<br>Narron Wenzel, P.A.<br>PO Box 1567<br>Smithfield, NC 27577-1567 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

Ascentium Capital
ATTN: Officer/Managing Agent
23970 US 59
Kingwood, TX 77339

First Citizens Bank
ATTN: Default Litigation Manager
P. O. Box 25187
Raleigh, NC 27611-5187

IDEA Financial
c/o Justin Leto
800 NW 62nd Ave. Ste 750
Miami, FL 33126

Pawnee Leasing Corporation
3801 Automation Way Suite 207
3801 Automation Way Suite 207
Fort Collins, CO 80525

(d)Pawnee Leasing Corporation
ATTN: Officer/Managing Agent
3801 Automation Way Ste. 207
Fort Collins, CO 80501


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Federal Bank

(u)Mitsubishi HC Capital America, Inc.

(u)The Bancorp Bank


(u)Alexis A. Ramos 275 Cottle Lake Dr. Coats,
Tustin, CA 92780American Commerce Bank
Bremen, GA 30110-1973
American Express
ATTN: Officer/Managing Agent
P.O. Box 7863

(u)CreditorAddressMatrix

(u)U.S. Attorney General Attn: Managing Agent
950 Pennsylvania Ave. NW Washington, DC

(u)U.S. Department of Labor Wage and Hour Div
61 Forsyth St. SW, Room 7M80 Atlanta, GA

(u)Dale B. Harris

(u)Mike Gurkins
Country Boys Auction & Realty


End of Label Matrix
Mailable recipients    57
Bypassed recipients     9
Total                  66